# EXHIBIT B

UNITED STATES PATENT APPLICATION

TITLE:    Coffee Extraction Method and Apparatus

INVENTORS: Stephen F. Corey

FIELD OF THE INVENTION

[001]     The present invention relates generally to a method of coffee bean extraction and apparatus. More specifically the present invention is an novel method for precisely extracting purified supreme coffee from coffee bean mixture using precise water structuring parameters, pressure gradients and temperature profiles.

BACKGROUND OF THE INVENTION

[002]     Coffee brewing generally consists of dissolving soluble flavors from the coffee grounds, obtained from variants of coffee beans, into  water at above ambient temperature.  The extraction step is known as "solubles yield" – what percentage (by weight) of the grounds are dissolved in the above ambient temperature water. The strength is scientifically known as "solubles concentration", as measured by total dissolved solids – how concentrated or viscous the extracted coffee results.  The brew ratio refers to the coffee grounds (mass, in grams or ounces) to water (volume, in liters or half-gallons) ration or how much coffee is used for a given quantity of water. A major and important issue for providing purified supreme coffee in *which* solubles are dissolved – this depends on solubility of different substances at different temperatures, changes over the course of extraction (different substances are extracted during the first 1% of extraction than in the period from 19% extraction to 20% extraction), and is primarily affected by *temperature.*

[003]     Standard coffee brewing guidelines are summarized in published Brewing Control Charts, which graph the variable elements, and center around an "ideal" rectangle indicating the target brewing range. The yield is the horizontal (*x*-axis), the strength is the vertical (*y*-axis), and a given brewing ratio determines a radial

2

line, since for a given brewing ratio the strength is directly proportional to the yield.

[004]    The ideal yield is widely agreed to be 18%-22%, while ideal strength (for brewed coffee) varies between 1.15%-1.35% in American standards, to 1.30%-1.50%) in Norwegian standards, with European standards falling in the middle at 1.20%-1.45%. This is most easily achieved with a brewing ratio of 55 g/L (55 grams of coffee per 1 L of water) in American standards, to 63 g/L in Norwegian standards, yielding approximately 14-16 grams of coffee for a standard 240 ml (8 oz) cup.

[005]    Generally, the ideal yield is widely agreed to be 18%-22%. This was originally computed by the Coffee Brewing Institute, under the direction of Professor E. E. Lockhart at MIT in the 1950s, and has been verified by subsequent tests by the SCAA.

[006]    Yields of under 18% are "under-extracted", specifically "under-developed" whereby desirable components have not been sufficiently extracted.  While yields of over 22% are "over-extracted", as bitter components continue to be extracted after acids and sugars have largely completed extraction.  Yield is generally inverse to grind size (smaller grinds have more surface area, so extract faster) and increases roughly linear with time, as the extraction proceeds. Thus for a given temperature and grind size, there is an ideal brew time, with larger grinds requiring longer brewing. French press features the largest grinds of conventional methods, hence the longest brewing, on the order of 3-4 minutes, while filter coffee has smaller grinds and shorter brewing, and espresso has yet smaller grinds and shorter brewing, on the order of 20-30 seconds.  Caffeine is extracted early, so higher yields do not yield more caffeinated coffee, only over-extracted coffee.  Once

3

ideal yield has been reached, the grounds must be removed from the liquid, otherwise extraction continues and the coffee will grow increasingly over-extracted. For this reason, it is advised to pour out a French press when it has finished brewing, and percolators are frowned upon.

[007]    Water temperature is also crucial to the proper extraction of flavor from the ground coffee, as it affects the proportions in which solubles are extracted.  The goal of perfected coffee extraction is to extract the desired chemical solubles (flavors) as much as possible, and the undesirable chemical solubles (flavors) as little as possible. The recommended brewing temperature ranges from 195-202 °F (91-94 °C), which is the optimum temperature range to achieve the stated goals. If cooler, some of the solubles that make up the desired flavor will not be extracted. If the water is too hot, some undesirable, bitter, elements will be extracted, adversely affecting the taste. Another consideration is the difference between the temperature of the water and the temperature of the coffee slurry: for example, certain brewing methods (e.g., manual pour-over) can result in losing a significant amount of heat to the atmosphere during the brewing process.

[008]    Strength refers to the amount of dissolved coffee solids per unit of coffee liquid volume. An espresso, specifically a ristretto is the strongest of coffee drinks, meaning that it takes the same amount of coffee solubles and dissolves it in significantly less water. For example, a 20% extraction of 15 grams of espresso in a double shot (60 mL) yields 3 grams per 60 mL, or 5% strength, which is 3-4× typical brewed coffee strength.

[009]    Adding water to dilute a drink after brewing affects strength but not yield (as the grounds are no longer present).  An

4

Americano type coffee differs from an espresso simply by being weaker, more dilute. Stronger coffee (assuming the same extraction yield) is not more bitter than weaker coffee, but simply has more solids. This is reflected in being darker and in thicker mouth feel "oilier", though mouth feel also depends on the volume of suspended solids, particularly in French press as opposed to filter.  Unlike yield, desired strength varies measurably between regions, and, assuming proper (20%) yield, strength is determined by brewing ratio. Coffee above the ideal may be considered "too strong", while coffee below the ideal may be considered "too weak", but individual tastes vary significantly.

[0010]    The usual brewing ratio of coffee to water for the style of coffee most prevalent in Europe, America, and other Westernized nations (evident in publications such as textbooks on coffee and instruction manuals for drip-brew machines) is between one and two tablespoons of ground coffee per six ounces (180 milliliters) of water.  A more exact weight ratio of 1:17 coffee and water is also used in publications.  The ideal brewing ratio is determined by which brewing ratio line in the control chart most intersects the ideal rectangle section of the chart.  The ideal ratio makes it most likely that one will land in the rectangle and near the center, and gives the widest room for error.

[0011]    Extraction depends on subtle and complex ways on brewing method. Simplest is directly mixing the grounds and water, as in cupping, press pot, and vacuum brewing. Note that in Turkish coffee, the grounds are very finely ground and not removed from the water which in effect, yields essentially 100% extraction of the solubles, and suspension of the remaining insoluble parts of the grounds in the water. Significantly more complicated is brewing via soaking a column of grounds, as in filter, espresso, or percolation — in this case the

5

water soaks and moves through the column of grounds, and (if there is water on top, as in espresso or percolation), a gradient develops over the column.

## SUMMARY OF THE INVENTION

[0012]    The present invention comprised a novel apparatus that processes the extraction and brewing of coffee to very specific requirements that yields a superior coffee product. The main variables controlled by the novel present invention are water structure, quality, coffee bean source and unique grinding techniques (matrix) temperature exposures, pressure gradients and timing parameters. Conversely, there are 18 additional sets and subsets of factors, which have been identified within the art and science of coffee extraction, that are variables which together form an algorithm of predictability!Running the algorithm allows the operator to predict a given and consistant outcome each and every time. The Parameters envolved within that outcome are:flavor, consistency, aroma, body, solids level, and yield.The novel extraction and brewing methods are designed to specifically control bitter and what has been identified as "negative" characteristics*, & enhance overall flavor, by controlling certain dynamic factors within the extraction process, that focus on extracting the desirable compounds*, and omitting the harsher, more negative ones .Because the vast embodiment of the over 2,000 compounds, which make up the flavor, body and essence of coffee, are extractable during different times throughout the extraction sequence, and are affected differently by temperature, pressure, residence time and water structure, we use those dynamic assets within our extraction technology to obtain said positive compounds. It is also important to note that this technology strives to protect the natural beneficial elements such as natural antioxidants & beneficial polyphenols, chlorogenic & caffeic acid.

The present invention comprises both a commercial version embodiment and a mobile version embodiment.  Both embodiments utilized specific water processing components, specific computer controlled extraction vessels, advanced use of hydraulics and physics, to enhance the coffee extraction. Post extraction, the extract or eluent undergoes specific unique steps for proper storage. p These variables will be discussed in more detail in the preferred embodiment section.

With our extraction architecture: The total sum of the extraction contains a balance of compounds that span the spectrum. The key is to clip out the best, and leave the worst. If you graph the entire extraction cycle, what you see is a bell curve (see figure a )solids containing the richer, sweeter, compounds are extracted out early on, when the concentration level drives toward the top of the bell curve. The harsher, more bitter (stripped) compounds are pulled off last as the leached coffee grounds near the end of the cycle. We taylor the rest of the compounds spectrum  to enhance the overall quality of the coffee extract by utilizing all the other facets of our technology as written herein in this document.



BRIX

Fig a.

TIME in minutes

## BRIEF DESCRIPTION OF THE DRAWINGS

[0013]     Figure 1 is a perspective view which is a continuation of Figure 1 demonstrating the extraction mezzanine level components for

7

the commercial embodiment version of the present invention coffee
extraction system.

[0014]    Figure 2 is an exploded perspective view of the coffee
extraction vessel for the commercial embodiment version of the
present invention.

[0015]    Figure 3 is a perspective view which is a continuation of
Figures 1 and 2 demonstrating the water processing system for the
commercial embodiment version of the present invention coffee
extraction system.

[0016]    Figure 4 is a perspective coffee extraction eluent outflow
and storage system.

[0017]    Figure 5 is a perspective view of one side of the
extraction mobile cart exhibiting the main components of the present
invention.

[0018]    Figure 6 is a perspective view of the other side of the
extraction mobile cart exhibiting the main components of the present
invention.

[0019]    Figure 7 is a chart defining the steps taken to amplify
extractable materials from roast and ground coffee so as to increase
the potential established norm (aprox 20% TDS of coffee.

<u>DESCRIPTION OF THE PREFERRED EMBODIEMENTS</u>

[0020]    Figure 1 is a perspective view which is a continuation of
Figure 1 demonstrating the extraction mezzanine level components for

8

the commercial embodiment version of the present invention coffee
extraction system.  Shown in this Figure 1 is three extraction
vessels 1a, 1b and 1c connected with piping, header and valves. An
input line 3 is shown engaged and communicates with a pressurized
header with bypass loop 2a and 2b.  The pressurized header with
bypass loop 2a and 2b engages and communicates with each of the
extraction vessels 1a, 1b, and 1c. A mezzanine 4 scaffold with
support rails 6 surrounds the extraction vessels 1a, 1b and 1c and
includes stairs 5 for allow access to the extraction vessels 1a 1b
and 1c for maintenance and other operations.  A series of hungry
water feed lines 7a, 7b and 7c enter the bottom on extraction vessels
1a, 1b, and 1c, respectfully.  At the junction of the pressurized
header with bypass loop 2a and the hungry water lines 7a, 7b and 7c
are a series of control valves 8a, 8b, and 8c.  On the pressurized
header with bypass loop 2a and near each extraction vessel 1a, 1b and
1c are a series of digital pressure gauges 9a, 9b, and 9c.

[0021]    Also shown is a positive pressure pump 10a that feeds a
pressurized header 10b.  A controller 11 is provided monitoring and
controlling the positive pressure pump 10a.  A header pressure sensor
set control and extract flush apparatus is engaged to the bypass loop
2a. Extract outflow final flush check valves 12b and 12c are located
near the controller 11.  Coffee extract eluent outflow lines 13a,
13b, and 13c exit the top of the extraction vessels 1a, 1b, and 1c
and connect to the coffee eluent drain loop 14 through coffee outflow
control valves 15a, 15b, and 15c.   A hungry water feed line 16
connects to the hungry water processing unit (not shown on Fig. 1).

[0022]    Each extraction vessel 1a, 1b, and 1c needs to have an
access means for coffee maintenance so they are fitted with a
Mockingbird high tension over center locking clamps.  There are eight
per vessel and 4 are used to secure the bottom section and 4 are used

9

to secure the top section.  When coffee grinds are exhausted, the the
bottom and top section flanged end caps are removed, allowing the
operator to empty the spent coffee, sanitize the empty vessel and
parts and  re-installi fresh coffee grinds.

[0023]    Regarding roasting target timing, there is, in fact, only
one proper roast time and roast temperature that pulls out the
maximum potential from each bean hailing from a given  growing
region.  For example, the Brazil Cerrado natural,  at a city or full
city, can elicit an excellent smooth nutty, almost chocolaty note.
However, roast  itto a French, & many of these fine, subtle, and very
desired notes are all but eradicated.  Now within the appropriate
roast spectrum for the Brazil Cerrado, and based on it's specific
density, there's only one perfect roast time and temperature that can
really excemplify the natural inherent flavor of that specific bean,
and in some casesexceeding expectations of many experts.  Part of
setting up the appropriate roast time and temperature is the
quenching at the end, where you can cut off the roast cycle early and
allow the coffee to drift to its final desired color.  Or, you can
maintain the appropriate roast temperature, and cut it off at the
precise time necessary, then quench the beans immediately, so that
they do not continue to roast beyond their target color, by holding
heat.

[0024]    Grind matrixing: grind matrixing is a new concept to
increase coffee yields by approximately 5 to 15%.  It works by
grinding three different sets, and up to five different sets (if
required) of coffees within specifically measured sifter sizes. By
pre-selecting each of those sizes on the granulizer, it arranges a
network, or sequence of grind sizes that partially interlock like
gears, closing off travel spaces between grinds for water to move.
This enhances hydraulic pressurization, coffee ground gassing-out and

expansion,  thereby driving the water through the coffee grounds, reaching equilibrium, and igniting a vastly improved extraction sequence.  As one would expect, all aspects of the extraction are improved, such as yield, solids and flavor quality.

[0025]    De-gassing: a very important factor in the extraction consistency realm to aid in maximizing yield, is the moisture level of the coffee.  After the coffee has been roasted and ground, it gives off massive amounts of $CO_2$,(and other lesser anscillary gasses) and begins dissipating moisture.  This is necessary to obtain the proper flavor and consistency of the coffee, but there is an equally important factor that must be included through the de-gassing process. It is the process of standardizing moisture within the coffee, and standardizing the oils such that it yields consistent and predictable results in the extraction vessel.  Quite often two high of a moisture level, and  or oil consistency level, causes "deadhead" extractions, where the water can no longer travel through the coffee. Oils can congeal binding R&G together and can make it difficult for water to transition through the packed coffee slug. Moreover, oils repell water, and if the oils are not to spec, the combination of binding and repacking could spell the death knell for a good extraction. One of the weapons in our tech we use to help cut through oil is through physics. Utilizing frictional heating within the boundary layer between the dry R&g and the Pressure wave of water rising through the coffee slug. (see # 0041)Conversely,de-gassing coffee that has gassed off for too long, prior to extraction, can lose too much moisture, and lose standardization of oils as well, becoming too dry, causing a weaker extraction from somewhat oxidized, spent coffee grounds.  Just like the story of the three bears, only when the conditions are just right will you yield the maximum in extraction efficiency.

[0026]    Coffee packing and compression Tensioner: when the roast and ground coffee is loaded in the vessel this process must also be standardized to yield consistent results that have been empirically challenged for the last 20 years.  Part of this process entails portioning, packing, and compression tensioning.  What this means is you follow a strict set of guidelines A.  You add a given portion of coffee generally 10-20% of the maximum load (depending on the type &, or roast).  B.  The coffee is settled and or packed to remove air and settle the roast and ground matrix together.  C.  Lastly, the compression Tensioner is applied to pack the coffee down, removing the remaining amounts of air and pressing the coffee together where the oils and moisture cause it to adhere more effectively as it meshes together..  Next, the process is repeated and this is done until the entire vessel is filled.  When this process is followed, not only are the extractions at their optimum, but they're also at their most consistent and predictable.

[0027]    Bank One The six bank commercial filter system begins with a set of melt blown, wide spectrum, polypropylene and a glass depth pleated or membrane depth high purity filters, for maximum dirt capturing & holding capacity.  As a subset of this filter bank is the acid neutralizing mineral filter to raise the PH.  {Because this process ads hardness, the next bank includes a specialized water softener suitable for our specific needs}.  Next in line is an sediment/oxidizing filter for the removal of both direct and Ferris iron.  The  phosphate feeder is used to minimize oxidation attack on the tanks, which cause corrosion.  This also protects the inline hot water heater.  Delta P gauges included in bank one.

[0028]    Bank two includes water softener as discussed above to remove hardness and raise the PH, whichthe acid neutralizing mineral

12

filters lower.   Indicator gauges are installed to determine the life
of the tanks.

[0029]    Bank three includes the reverse osmosis system to remove
nitrates and nitrites, some turbidity, and to reduce the (T D S)
total dissolved solids count.   The reverse osmosis system also acts
as pretreatment ahead of the de-ionization bank.   Indicator gauges
support this system.

[0030]    Bank four of our water system includes DI exchange
polishers, with tuned anion and cation resin beds specifically
designed for this city water and for the ionicity exchange required.
All resins, resin-bed anion and cation types and appropriate ratios
thereof, are specifically per   "Spectra ~Pure" guidelines.
Indicator lights report when tanks are near exhaustion.   The critical
key factors of deionization is balancing precise levels of anion and
cation resins along with necessary pretreatment filtration to
synergistically complement the DI resin beds.   In the daisy chain
tandem setup.

[0031]    The goal of the D/I system  is to reach 18 mega ohm
resistivity.   However, it is our understanding that is not
necessarily cost effective or practical to maintain that high level
of resistance due to its extreme instability.   Nevertheless, we push
hard in that direction, while also remaining within our cost
constraints and practicality.   In order to jack city water up to
those high specifications we rely on the DI polishing loop portion of
our water bank system to do the heavy lifting.

[0032]    The DI bank system starts with Tank one (of bank 4)-the
highest grade custom blended resins.   They are specifically designed
to two run as a high flow, low-pressure drop tank reduce silica, it

13

is designed to remove most ionized impurities, ammonia and chloramines remaining in the water. This type of arrangement has the ability to have over four times the removal efficiency of conventional mixed bed tanks, and is designed to be placed upstream of subsequent resin-bed systems.

[0033]     Tank two (of bank 4) is designed with endurance in mind. Filled with proprietary ultra high quality resins in a specific balance which synergistically complements tank one, and 3 it allows the downstream tank to run between three and four times longer before exhaustion.

[0034]     Tank three(of bank 4) tank three, which is designed to be downstream, uses a multilayer deionization resin-bed system as a final phase polisher that pushes the needle up toward the 18 mega ohm resistivity level. Designed specifically to go after higher silica levels nitrates and phosphates, driving levels into the lowPPB (parts per billion) Range.

[0035]     Bank five uses ectf activated carbon, and carbon block filters.  Beginning with one micron sediment filter, 0.5 micron carbon block, and 0.2 micron polysulphone final filtration Nano-pure filter.

[0036]     Bank six includes a neo tech (or comparable) ultraviolet flow chamber system to disinfect the water as a final phase for the water, before being used in the extraction process. It is also necessary for cleansing or sanitizing where autoclaves and or Mincare are not needed, and only sterile water is required for the job, i.e. cleaning & rinsing vessel parts, lab pieces, bottles, and flasks etc. 316 L stainless steel driver, and distribution pumps, feed, direct, and maintain suitable pressure throughout the system, maintaining a

14

closed loop, constant feed flow-cycle that pressurizes the mezzanine header system, Nano-pure water system, and header bi-pass over flow system.  All facets operated through an Allen Bradly (or suitable) Controller.  A high purity piping system is used throughout including either (PP, SS, or PVDF).  For the mezzanine it is primarily SS, for the lab it can be pp or pvdf.

[0037]    Feed Water -A variety of extraction vessels and technologies use bottom-fed feed water systems.  Many are cold water systems some are ultra-high temperature water systems, that literally hydrolyze the coffee to a pulp.  After thoroughly studying the Physics of the MAYLARD reaction principal, coffee leaching, water temperatures, as it applies to coffee extraction, and pressure gradients, above atmospheric pressure of 14.7 pounds per square inch, we integrated a new technology that allows us to apply the principles of the MAYLARD reaction as it relates two coffee extraction without excessive heating of the water (see #0041).

[0038]    Using a combination of our proprietary hungry water bottom-fed counter gravity feeding system, in conjunction with applied phisics and hydraulics,we open specific windows of temperatures, tied with precise pressure gradients, flow rates and residence times,to carve out  known, consistent in predictable compounds desirous in the coffee beverage. (see number 15 for more details).(claimed pressure gradients [excluding necessary pressuring-up from 0 psi] are between 10psi – 220psi [10psi – 70psi basic op psi for smooth cup coffee] [70psi – 120psi for a more groundsy coffee flavor] [120 – 220psi for Harsher, espresso-like tones].

[0039]    Coffee grounds structure  is critical to the extraction. In order to make the coffee grounds extract predictably each time and with consistency, steps must be taken to solidify the coffee loading

15

process into the vessel ,which includes settling packing and
expansion space allowance, tied with the appropriate volume and
spreading of water to contact the coffee grounds, beginning at the
base of the coffee slug evenly, and all at once and, injecting water
in the right amounts.  The objective is to create a well of water
directly beneath the coffee slug so that it evenly applies pressure
across the entire circumference and surface area of the base of the
coffee ("boundary layer")  When this happens two things take place:
first, water begins to penetrate and saturate the coffee slug.  As
this happens the coffee grounds begin to expand and gas-out.  This
closes off travel space for water when it attempts to seek the point
of least resistance. As a result hydraulic packing begins to take
place due to the increased back pressure and resistance.  In the same
time, penetration in the coffee grounds increases since there are
fewer travel spaces around the coffee, thus causing more gassing-out,
and expansion, which again increases hydraulic packing, which further
compresses  the coffee, forcing water further into the coffee grounds
and the cycle continues on an increasing gradient maxing out at the
end of the cycle at the top of the vessel.  We rely on a secondary
technology to further increase coffee saturation and equilibrium once
the saturation has reached the top.  This entails a secondary
pressurization that happens as a result of the ratio between inlet
holes in the base diffuser, and outlet holes in the outlet diffuser.
In short, we allow more water to come in, than to go out; back
pressure increases, pressurizing the vessel further and driving water
deeper into the critical layer of coffee grounds to further saturate
and cause equilibrium for extraction.  This critical layer is the top
one 3rd of the vessel where water has the least amount of energy to
extract, and the greatest amount of head pressure to overcome.  The
Applicant identified this diffuser ratio as the diffusion delta P.

[0040]    The extraction process- the extraction itself is probably
the most critical of the processes.  As a result, an extensive amount
of time, applieds physics, hydraulics, science and research has been
applied to this area, and some or most critical technologies reside
therein.  In conjunction with line items number 13 and 14 new
elements are applied within the extraction.  Residence time is that
critical time required for the coffee grounds  to be saturated,
reaching equilibrium, and then be extracted. But there's more to it
than that because you want to take advantage of other beneficial
facets taking place at the same time.  You want the coffee slug to
reach a tipping point where gas-out expansion has taken place to such
a degree that it will limit any possible avenue for H2o to escape
through POLR (the point of least resistance)thus driving the H2o
through each ground and out the other side, without closing necessary
travelways off within the slug itself completely, allowing
extractable H2o to transit to the end. This maximizes the extraction
and penetration of the coffee,bringing it right to the edge of the
envelope, without leading to   deadheadingthe pressure wave. *The
pressure wave* is identified as the slug of pressurized water as it
transitions through the slug of dry roast and ground.  If gas-out
expansion and overall compression becomes too great, too much head
pressure is applied, and it will eventually exceed the inlet pressure
of the feed water; this is called a dead head.

[0041]    If it's done right, you can take advantage of the physics
hearin by creating a tipping point where the extraction is right on
the edge of dead heading.  This brings out a major element of our
technology that gets us as close to the MAYLARD reaction without
super heating and degrading precious coffee volatiles and clorogenic
and caffeic acid, antioxidants and poly phenols within the extract.
What happens in this process is that with the intense gas-out
expansion and compression of coffee grounds, it begins to create

17

friction between the pressure wave and the coffee grounds.  This friction takes place at what we will identify as the boundary layer. The boundary layer is at the leading edge of the H2o pressure wave and leading edge of _dry_ R&G within the coffee slug. It is at that singular layer of roast and ground in contact with pressure wave water at that instant.  Frictional heating momentarily heats up the water and grounds to a point closing in on the Maylard reaction temperature, which then is immediately cooled back down by the trailing water pushing up from directly beneath it.  this gives us the best of both worlds.  It gives us the solids to volatile compounds desirous in coffee yet does not destroy nor overheat the delicate volatiles compounds and oxidants and phenolsetc. therein.

[0042]    Lastly, pre- and post-leaching along with aspect ratio is important to monitor and control.  Aspect ratio of the vessel is simply the difference between the base and the height of the vessel. Yet it's vital to the extraction process!  With an improper aspect ratio you can either have too narrow of a ratio whereby pre and post leaching become a problem.  Pre leaching is identified as water running through the first coffee grounds it strikes at the base of the vessel, and that residence time involved, as opposed to the final coffee grounds it strikes at ther opposite end of the vessel, and that corresponding residence time.  As you can see, coffee grounds in the base of the vessel can be over-extracted because they are becoming super-saturated and leached at a far greater rate due to the extended residence time causing over-leaching and bitterness. Conversely, coffee grounds at the opposite end of the vessel have only a minimal amount of residence time with water before it goes out and that H2o has already become super loaded with solids.  As a result, it becomes a poor solvent and a poor extractor! Therefore, th the last coffee grounds in line do not have sufficient residence time nor sufficient solvent capacity in the water to extract them.  The

dalliance dance of the aspect ratio is finding the sweet spot where
you have just the right amount of residence time at the base and at
the top of the vessel, but it's not too wide to cause a loose or weak
extraction.   This is why aspect ratio is critical in another part of
our proprietary technology.

[0043]     Coffee filtration, and the Filtration core- The Applicant
believes the filtration core is one of the significant piece of
technology because it took the Applicant six years of testing to
figure it out.   This only happened when the Applicant was able to
build a Lexan, transparent vessel.   As the Applicant analyzed every
aspect of filtration the Applicant discovered that there always
seemed to be some level of the fines within the extract making a cup
of coffee chalky and bitter.   Then, watching the extraction with the
new Lexan vessel, The Applicant was able to see restructuring of
coffee grounds sizes taking place near the top of the vessel close to
the diffuser plate whereby the coffee itself became its own best
filtering agent.   Our filtration core incorporates technology that
allows flow through, yet forces the restructuring of roast and ground
in the vessel necessary for self filtration.   In addition a  multiple
redundancy layer consisting of 25 micron stainless steel mesh, 10
micron cross weave nylon filter mesh layered above the stainless
steel mesh with a flat ring washer.   On top of that there is a five
micron cross weave mesh layered with a flat ring washer and then on
top of that, an anti-extrusion disk keeps the nylon and woven mesh
from extruding.   The result is an incredibly pure extract devoid of
any fines and contains only soluble solids.   The micron layering at
that structuring prevents filter clogging.

[0044]     The last and final obstacle involving extraction is holding
it.   The extract must be preserved to maintain integrity but cannot
be chilled too low otherwise it falls out of suspension.   If it's not

19

chilled it degrades rapidly because it is a perishable product.  The
coffee extract should be put through a gentle chiller cycle and
stored.

[0045]     Figure 2 is an exploded perspective view of the coffee
extraction vessel 14 for the commercial embodiment version of the
present invention.  Shown on the top is a flange cap 50 (1) with a
0.5" tri-clamp outlet.  The flange cap 50 is fitted with an outer
ridge/well O-ring 51 (2) that is fabricated from Buna or silicon
material.  An inner detent inset O-ring is also provided that is
fabricated from Buna or silicon material.  Positioned under or below
the flange cap 50 is a anti-extrusion transition disc 53 (4) that is
reinforced with a 316L stainless steel micro cross weave.  Positioned
under or below the transition disc 53 is flat-ring seal and separator
54 (5) that is fabricated from Buna or silicon material. Positioned
under or below the flat-ring 54 is a poly-weave fiber micro filter
disc 55 (6) that functions as a 2nd stage filter mechanism. Positioned
under or below the poly-weave fiber filter disc 55 is flat-ring seal
and separator 56 (7) that is fabricated from Buna or silicon
material. Positioned under or below the flat ring seal and separator
56 is a poly-weave fiber micron filter discs 57 (8) that functions as
a 1st stage filter mechanism.  Positioned under or below the filter
disc 57 is a stainless cross weave mesh disc 58 (9) fabricated from
316L stainless steel.  Positioned under or below is a positive to
ambient pressure diffuser (holes negative ratio to inlet diffuser) 59
(10). Positioned under or below the pressure diffuser 59 is a O-ring
60 (11) fabricated from Buna or silicon material and that function a
detent seal for reduction core (See Fig. 1 – Reduction core equals
components 51-58). Reduction core "hyper seal" flange detent, hi-
pressure compression housing is shown in Fig. 2. Four Mockingbird
latch clamps 61 (12) are used for securing the high pressure flange

20

cap 50.   Latching clamps 62 (13) are attached to the surface of the vessel and have adjustment mechanisms.

[0046]    Now focusing on the bottom of the extraction vessel 14, shown is a bottom flange cap 63 (19) with 1.5" (1.5") inlet Triclamp fitting.   The Flange cap 63 has ridge portion of the ridge/well for high pressure sealing.   Four Mockingbird latch clamps 64 (20) are used for securing the high pressure flange cap 63.   Latching clamps 65 (21) are attached to the surface of the vessel and have adjustment mechanisms. The flange cap 63 is fitted an inner detent inset O-ring 65 (18b) is also provided that is fabricated from Buna or silicon material.   Positional above or on top of the flange cap 63 is a high volume inlet diffuser 66 (18a) fabricated from 316l stainless steel. Positioned above or on top of the diffuser 66 is a stainless steel cross weave micron mesh disc 67 (17).   Positioned above or on top of the mesh disc 67 is a O-ring 68 (16) and a flat ring 68 (15) both fabricated from Buna or silicon material.

[0047]    One of the most closely guarded IP elements to the extraction process is the water.   Not only does the water affect the flavor of the coffee more than any other factor it also will affect the yield more than any other factor.   Water is nature's most universal solvent.   But water can be made to enhance itself, and its SCC (solvent carrying capacity) by 10 fold, by changing its crystalline structure and ionicity. This process entails first understanding the contents of city water and then applying the applicable corresponding technology to alter the city water to new specifications.   Whereas 10 years ago, a very fundamental form of this technology was used in many industries, it was nevertheless in its infancy.   With the addition of another decade of rapidly expanding technology, and corresponding information exchange in this field, the simple use of connecting strings of RO machines with

21

hundreds of filters and DI tanks is gone.  Taking advantage of the latest breakthroughs and understanding of water modification technology throughout the industry in several different fields, we have invented a hungry water solvent generating bank that even exceeds type I, II, and III reagent grade water platform systems. We've designed our system to meet or exceed all standards set forth by CAP/NCCLS & ASTM.

[0048]    This level of purity is achieved through the placement of 6 specific individual stations daisy-chained in corresponding order. The line up begins with the pretreatment station.  Pretreatment is not simply as easy as swirling in some filters.  A complete breakdown and analysis of the city water being used is critical to know which filters to apply to remove all the elements not just some of them some of the filters and remove some contaminants, but not others. Only a proper analysis will tell you which filters you need, as well as the type, size, the depth, and the placement of each.  Next, is figuring the desired PH.  Delta P gauges are placed upstream and downstream of Bank one to determine filter loading in replacement.

[0049]    Figure 3 is a perspective view which is a continuation of Figures 1 and 2 demonstrating the water processing system for the commercial embodiment version of the present invention coffee extraction system.  Municipality or city water is feed through line 16 that encountered a city inlet water pressure/flow gauge 31b, continues to a pressure regulator 25, and the encounters another city outlet water pressure/flow gauge 31a.  Downstream is a city water inlet valve 26.  The water is then treated with a blown, wide spectrum poly pro sediment and carbon filter bank, a phosphate feeder, a water softening bank reverse osmosis system 17a and a de-ionization system 17b.  A pair of de-ionization tanks 17b are fitted with DI tank anion and cation level analyzer and exhaustion gauges

22

36a and 36b.  A RI/DI pressurization connects the reverse osmosis system 17a.  A master RI/DI controller 24 is located in a position to electrically communicate with both the de-ionization system 17b and the reverse osmosis system 17a.  The water then flows into a water polishing station where it first goes through a container having 0.5 micro carbon bed 18a, then a container having 0.2 micro polysulphone 18b, and finally to a container having 0.5 micron activated charcoal 18c.  A re-circulation pump 33 with re-circulation controller 29 transfer treated water through a Tri-clover sterile fittings and connectors 37 and enters the water holding tank circulation pump 32 which includes a re-circulation gauge 30.  Treated water enters the holding tank 22 which is shown to have a 250 gallon capacity. On the top of the holding tank 22 is a bypassed water return line 21 from the header system.  On the bottom of the holding tank 22 is a processed water shut-off valve 20 and a water processing outflow line to header loop 19.  A hungry water feed line digital analyzer 28 for temperature, total dissolved solids, pH, flow rate and totalizer information is positioned on the outflow line.

[0050]    Figure 4 is a perspective coffee extraction eluent outflow and storage system.  Shown in the Figure 4 is a pair of coffee extract holding standardization and blending tanks 39a and 39b.  Each tank 39a and 39b includes a fill level sensor cut off switch 47a and 47b.  Each tank is shown having a 240 gallon capacity.  Positioned between tank 39a and tank 39b is a transfer centrifugal pump 43 with a digital analyzer 46a and 46b for temperature, total dissolved solids, pH, flow rate and totalizer information on each side.  The transfer pump is controlled by an controller 42. Coffee extract travels through Tri-clover sanitary fittings and lines 45 to another transfer centrifugal pump 44 also controlled by a controller 41.  A digital analyzer 46a and 46b for temperature, total dissolved solids,

23

pH, flow rate and totalizer information is provided at this stage to monitor the coffee extract.

[0051]     The coffee extract enters a coffee extract transfer hub and equalization tank 49 with a 110 gallon capacity.  The coffee extract transfer hub and equalization tank 49 is fitted with two digital analyzer 46a and 46b for temperature, total dissolved solids, pH, flow rate and totalizer information.  Shown on the side of the coffee extract enters a coffee extract transfer hub and equalization tank 49 is the coffee inlet from the mezzanine extract outflow.

[0052]     Figure 5 is a perspective view of one side of the extraction mobile cart exhibiting the main components of the present invention.  Shown in this Figure is the input to the treated water from the filtration states, a heating stage which consists of a Stiebel Eltron mini-tank hot water heater (or similar).  Also shown is a water bleed valve for resistance level check and flushing maintenance.

[0053]     Figure 6 is a perspective view of the other side of the extraction mobile cart exhibiting the main components of the present invention.  Shown is the Extraction Vessel made from a proprietary combination of polymers and high tensile polycarbonates.  An inlet and an outlet Delta-P gauge. A Pre-Filtration Stage including a 5 micro block filter.  A DI Filtration Bank consisting of a 20" MaxCap DI exchange, a 20" Mixed NI/CL blend, and a 20" Mixed Bed.  And water inlet and pressure regulator is shown at the bottom of the cart.

[0054]     Now focusing our attention to Figure 7 which depicts a chart defining the steps taken to amplify extractable materials from roast and ground coffee so as to increase the potential established

24

normals (resulting in approximately 20% TDS of coffee). This traditionally made the optimum cup.

[0055]    It means going back to the start and picking apart every aspect of the extraction process from start to finish, and analyzing every component that goes into the process.

[0056]    These are the steps metioned in line item (0012) They aare the 18 sets or catagories of operations from the beginning ie selecting the proper extractable high yield coffee all the way to the finmal step of extraction. It is with these necessary processes that aan algorithm was created to optimize the extraction process and allow one to predict the outcome. (see  0018)he in the chart, you can see that many of these categories and subsets, are self explanatory. However, many of the categories, from the middle (green boxes) to the last in line (red boxes) within the Daisy chain of links, need to be explained and expressed.  These categories are critical, absolutely vital and necessary to the new generation of the Gen 7 extraction process.



I = Boundary layer
II = pressure wave
III = saturated coffee
IV = water inlet
V = Dry roast & ground
VI = Coffee Slug

[0057]    This patent application is primarily directed to show a superior extraction technology using coffee as an example, as coffee was the original extraction target.  However, during the course of extraction testing and research, the Applicant anticipated  that the technology works equally well on other products and organic substances as well.  This extraction technology excels at extracting Green tea, White tea, Black tea, Oolong and Rooibos.  It shows the same characteristics of protecting volatile antioxidants, desirous compounds and Polyphenols including EGCG.

[0058]    In the area of nutraceuticals it does a remarkable job at extracting the fragile bio actives in Hibiscus, Noni, Sea buckthorn, pine bark, dried Acai Berry, Goji berry, and wolf berry equally well.

[0059]    Coffee cherry ~ A quick-dried or freeze dried coffee cherry pulp and mucilage preparation that is prepared from a sub-ripe coffee cherry and/or quick-dried coffee cherry,  wherein the sub-ripe coffee cherry is quick-dried such that any mycotoxins that may be present in the coffee cherry is at a little less than 20 ppb for total aflatoxins, and less than 10 ppb for total ochratoxins, and less than 5 ppm for total fumonisins This freeze dried or quick-dried preparation is extracted and shows exceptional quality and capture of the Chlorogenic, ferulic and caffeic acids, delicate phenols, antioxidants, and volatile desirable compounds therein.

[0060]    As a result of numerous extractions, tests and research, it is claimed that this technology works equally well on not just coffee as listed in the main embodiment of the filing, or those listed above, rather, it has shown every indication that it can extract with superior efficiency and and effectiveness with all neutraceuticals, tropical herbs, spices, fruits and organic substances.

26

CLAIMS

1.   A coffee extraction apparatus for producing a superior coffee product comprising;

an extraction mezzanine operation, said extraction mezzanine operation having one or more extraction vessels;

said extraction vessels having a top section, said top section having a top flange cap, said top flange cap having a outlet means, a first top O-ring for an outer ridge of said cap, a second top section O-ring for a detent (which houses the subsequent listed parts, and uses the flange-cap itself to add rigidity and support to the outer periferee [the weakest area where seals are blown and leaks are found] of each of the subsequent listed parts, ) an anti-extrusion transition disc, an first top section flat-ring seal and separator, a first poly-weave micron filter disc, and second top section flat-ring seal and separator, a top stainless steel cross weave micron mesh disc; a positive-pressure to ambient pressure diffuser plate, a third top section O-ring;which seals off the detent housing components

27

said extraction vessels top section having one or more flange clamps and one or more latch clamp, said latch clamps secured to the surface of the top section;

Said extraction vessels having a bottom section, said bottom section having a bottom flange cap, a first bottom O-ring for a detent seal, a second bottom outer O-ring, a bottom stainless steel cross weave micron mesh disc, a bottom diffuser, a third bottom O-ring;

said extraction vessels bottom section having one or more flange clamps and one or more latch clamp, said latch clamps secured to the surface of the top section.

2.    A coffee extraction apparatus for producing a predictable and consistently superior  coffee product as recited in claim 1, wherein;

Said coffee extraction apparatus conducts extraction and brewing methods that specifically control bitter and what has been identified as "negative" characteristics, *& enhance overall flavor, by controlling certain dynamic factors within the extraction process, that focus on extracting the desirable compounds*, and omitting the harsher, more negative ones .

Because the vast embodiment of the over 2,000 compounds, which make up the flavor, body and essence of coffee, are extractable during different times throughout the extraction sequence, and are affected differently by temperature, pressure, residence time and water structure, we use those dynamic assets within our extraction technology to obtain said positive compounds. It is also important to note that this technology strives to protect the natural beneficial elements such as natural antioxidants & beneficial polyphenols, chlorogenic & caffeic acid.

ABSTRACT

The present invention comprised a novel apparatus that processes the extraction and brewing of coffee to very specific requirements that yields a superior coffee product. The main variables controlled by the novel present invention are water quality and structure, coffee bean source and unique grinding techniques (a matrix), temperature exposures pressure gradients and timing parameters. The novel extraction and brewing methods are designed to specifically control bitter characteristics, attach the beneficial coffee compounds, and omit the negative ones Because the vast embodiment of the over 2,000 compounds, which make up the flavor, body and essence of coffee, are extractable during different times throughout the extraction sequence, and are affected differently by temperature, pressure, residence time and water structure, we use those dynamic assets within our extraction technology to obtain said positive compounds. It is also important to note that this technology strives to protect the natural beneficial elements such as natural antioxidants & beneficial polyphenols, chlorogenic & caffeic acid.  The present invention comprises both a commercial version embodiment and a mobile version embodiment.

WATER PROCESSING SYSTEM

pg 2

to Jacketed, chilled Coffee Storage and blending
tanks (pg. 3)









## SCHEMATIC OF PRESSURE-WAVE EXTRACTION SKID
### TEMPERATURE CONTROL & PRESSURE FEED



**HEATING STAGE**
STIEBEL ELTRON MINITANK
HOT WATER HEATER

Treated Water
from filtration
stages

Water bleed valve
for resistance level
check & flush

SCHEMATIC OF PRESSURE-WAVE EXTRACTION SKID
WATER PRE-TREATMENT FILTRATION &
DEIONIZATION STAGE

POST-FILTRATION &
POLISHING STAGE
10" activated
carbon polishing
filter

DI FILTRATION BANK
20" MaxCap DI ext
20" Mixed Bed NU (?)
20" mixed bed

PRE-FILTRATION
STAGE
.5 micron Carbon
block filter

EXTRACTION VESSEL
Made from a proprietary
combination of
polymers & high
tensile poly
carbonates

Outlet Delta - P

Inlet Delt-P

PRESSURE
REGULATOR

INLET

**Figure 7**

COFFEE SEQUENCING SETS & SUBSETS FLOW-CHART

**COFFEE** BEANS (GREEN / ROASTED) This section deals with all aspects related to, and handling of, coffee.

*Javo*
```
1.Bean type
a. growing region
b. locale within
growing region
```

*Javo*
```
2.PROCESSING
a. Wet or Natural
b. Drying
c. Storage
```

*Javo*
```
3.TRANSPORTATION
a. Shipping time
b. Warehousing
c. Moisture potential
```

*Javo*
```
4.STORAGE TIME
a. Duration
b. Protection
c. Moisture barriers
```

*Javo*
```
5.BEAN GRADE
a. SHG. SHB (>4,500' )
b. HG, HB (4000-4500')
c. SS (<4000)
```

*Javo*
```
6.BEAN CLASSIFICATION
a. GRADE 1 (SPECIALTY) 0-3 defects / 5% off size / moisture 9-13% / no Quakers
b. GRADE 2 (PREMIUM GRADE) As grade 1 except 0-8 defects, 3 Quakers
C. GRADE 3 (EXCHANGE GRADE) 9-23 defects/50%+5%-scr#15 / 5 Quakers
D. GRADE 4 (STANDARD GRADE Same except 24 – 86 defects
e. GRADE 5 (OFF GRADE) Same except may have >86 defects
Grades 1, 2 must exhibit 1 or more distinctive attributes with regard to
flavor, taste, acidity, body, aroma, no cup faults or taints!
```

*Javo*
```
7. CUPPING
a. flavor
b. body
c. Aroma
d. acidity
e. Nuances
```

NEW     (target  timing)
```
7. ROASTING
a. target roasting
b. Profile time / temp
c. quenching
```

NEW (MATRIXING)
```
8. GRIND ING
a. matrix sets 2
b. matrix sets3
c. matrix subset adds
```

NEW (KEY GASSING-OFF GFUIDELINES)
```
9. DE-GASSING
a. moisture level
b. oxidation
c. oils degradation
d. consistency
```

NEW PACKING COMPRESSION TENSIONER
```
10. PACKING
a. Portioning % per pack
b. tamping compression
c. compress./ moisture ratio
d. Expansion allowance
```

**WATER** (HUNGRY WATER)This section deals with all aspects related to the processing of water, and the manipulating configuring, and handling of Hydraulics as related to the extraction sequence.



NEW WATER PROCESSING DESIGN          NEW D/I MODALITIES          BOTH     JAVO   AND NEW          NEW

**11. CITY WATER**
a. General water quality
b. Stage filtration
c. R/O (reverse osmosis)

**12. D/I (deionization)**
a. Primary filter staging
b. Matching resin beds
c. Carb filtrng (pre/post)
d. Pharm Nano filtration

**13. FEED WATER**
a. bot fed, counter grav JAVO
b. temperature      ( NEW)
c. pressure gradient ( NEW)
d. flow rate        (NEW)

**14. GROUNDS INTERACT'N**
a. inlet diffusion
b. Hydraulic packing
b. Outlet diffusion
d. diffusion delta – P

NEW

**15. EXTRACTION**
a. residence time
b. boundary layer
c. Pressure Wave
d. frictional heating

NEW

**16. CHEMICAL REACTION**
a. grounds Equilibrium
b. (E, S&F) expansion
c. Out-gassing
d. Pre / post leaching

NEW

**17. FILTRATION CORE**
a. Stage filtration
b. R&G self-filtration
c. mesh layering
d. Micron sizing

**18. POST EXTRACTION**
a. Catch tank   JAVO
b. Final filtration NEW
c. Heat Exchange NEW
d. Storage  UNKNWN

COLOR KEY
BLACK – Integral
BLUE – NECESSARY
GREEN – IMPORTANT
ORANGE – CRITICAL