COOLEY LLP
Steven M. Strauss (99153) (sms@cooley.com)
Erin C. Trenda (277155) (etrenda@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Jeffrey Karr (186372) (jkarr@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff
Javo Beverage Co., Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY, <br><br> Defendants. | Case No. 19-CV-1859 CAB WVG <br><br> **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO LOCAL RULE 40.2** <br><br> Dept.: 4C <br> Judge: Hon. Cathy Ann Bencivengo |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

PLAINTIFF'S RULE 7.1 & L.R. 40.2
DISCLOSURE STATEMENT
Case No. 19-CV-1859 CAB WVG

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, the undersigned counsel of record for Plaintiff Javo Beverage Co., Inc. ("Javo") hereby make the following disclosures:

**1.** Javo is held through two private holding companies, Coffee Holdings LLC and Coffee Holdings Add-On, LLC.

**2.** No publicly held corporation owns 10% or more of Javo's stock.

Dated: September 27, 2019                COOLEY LLP

By: */s/ Erin C. Trenda*
      Erin C. Trenda (277155)

Attorneys for Plaintiff Javo Beverage Co., Inc.

212213119

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

PLAINTIFF'S RULE 7.1 & L.R. 40.2
DISCLOSURE STATEMENT
Case No. 19-CV-1859 CAB WVG