COOLEY LLP
Steven M. Strauss (99153) (sms@cooley.com)
Erin C. Trenda (277155) (etrenda@cooley.com)
Alexander R. Miller (294474) (amiller@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Jeffrey Karr (186372) (jkarr@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff
Javo Beverage Co., Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY, <br><br> Defendants. | Case No. 19-CV-1859 CAB WVG <br><br> **STATEMENT OF NON-OPPOSITION TO DEFENDANTS CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY'S REQUEST FOR JUDICIAL NOTICE** <br><br> Date: November 22, 2019 <br> Ctrm.: 4C (4th Floor) <br> Judge: Hon. Cathy Ann Bencivengo <br><br> Complaint Filed: September 26, 2019 <br> Trial Date: TBD |

Pursuant to Rule 7.1 of the Southern District of California Civil Local Rules, Plaintiff Javo Beverage Co., Inc. ("Javo") submits this statement in response to the pending Request for Judicial Notice filed by Defendants California Extraction Ventures, Inc. and Stephen Corey in support of their pending Motion to Dismiss (Doc. No. 7-2). Javo does not oppose Defendants' Request for Judicial Notice. However, publication of the patents and patent applications included in Defendants' Request for Judicial Notice is insufficient to trigger the running of the statute of limitations on Javo's claims for the reasons set forth in Javo's Opposition to Defendants' Motion to Dismiss (Doc. No. 10).

Dated: November 8, 2019         COOLEY LLP

By: */s/ Steven M. Strauss*
    Steven M. Strauss (99153)

Attorneys for Plaintiff Javo Beverage Co., Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NON-OPPOSITION TO DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE
Case No. 19-CV-1859 CAB WVG