COOLEY LLP
Steven M. Strauss (99153) (sms@cooley.com)
Erin C. Trenda (277155) (etrenda@cooley.com)
Alexander R. Miller (294474) (amiller@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

Jeffrey Karr (186372) (jkarr@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff
Javo Beverage Co., Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>Defendants. | Case No. 19-cv-1859 CAB WVG<br><br>**JAVO'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    December 19, 2019<br>Ctrm.:   4C (4th Floor)<br>Judge:   Hon. Cathy Ann Bencivengo<br><br>Complaint Filed: September 26, 2019<br>Trial Date:           TBD<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

JAVO'S NOTICE OF MOT. AND
MOT. FOR PRELIM. INJUNCTION
CASE NO. 19-CV-1859 CAB WVG

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Javo Beverage Co., Inc. ("Javo") will and hereby does moves this Court, pursuant to 18 U.S.C. §1836(b)(3) and Federal Rule of Civil Procedure 65, for a preliminary injunction restraining and enjoining Stephen Corey ("Corey") and California Extraction Ventures, Inc. ("CEV" and with Corey, "Defendants") and its officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with Defendants from: (a) all acts of unlawful, unfair and/or fraudulent misappropriation and use of Javo's confidential or trade secret information; and (b) developing, demonstrating, offering for sale, or selling any system that incorporates or is derived from Javo confidential or trade secret information, and disclosing any such information publicly.  Specifically, Javo seeks:

1. An order prohibiting Defendants from using Javo's trade secrets and other confidential information in CEV's process or selling any products derived from such information.

2. An order prohibiting Defendants from using Javo's trade secrets and other confidential information to raise money from investors.

3. An order prohibiting Defendants from filing any new patent applications based on Javo's trade secrets and/or other confidential information, or otherwise publicly disclosing the information.

4. An order prohibiting Defendants from taking any steps to license or purporting to license or grant to third parties any rights in any issued patents and/or any pending patent applications claiming priority to provisional patent application, U.S. Pat. App. No. 62/134,497.

This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declarations of Brad Petersmeyer, Dennis Riley, Gerry Anderson, and Erin Trenda submitted herewith; the exhibits accompanying the declarations; the complete files and records in this action; evidence or testimony presented at any hearing on this motion; Javo's accompanying Request for Oral

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

JAVO'S NOTICE OF MOT. AND
MOT. FOR PRELIM. INJUNCTION
CASE NO. 19-CV-1859 CAB WVG

1  Argument; and upon such other evidence the Court may consider.  This motion is made
2  on the grounds that (1) Javo is likely to succeed on the merits of one or more of its
3  claims, (2) absent a preliminary injunction, Javo will suffer irreparable harm, (3) the
4  equities favor granting temporary relief to preserve the status quo; and (4) an injunction
5  is in the public interest.

7  Dated:   November 14, 2019            COOLEY LLP

   By: */s/ Steven M. Strauss*
        Steven M. Strauss (99153)

   Attorneys for Plaintiff Javo Beverage Co., Inc.

12  212964452

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

JAVO'S NOTICE OF MOT. AND
MOT. FOR PRELIM. INJUNCTION
CASE NO. 19-CV-1859 CAB WVG