1  COOLEY LLP
   Steven M. Strauss (99153) (sms@cooley.com)
2  Erin C. Trenda (277155) (etrenda@cooley.com)
   Alexander R. Miller (294474) (amiller@cooley.com)
3  4401 Eastgate Mall
   San Diego, CA 92121
4  Telephone: (858) 550-6000
   Facsimile:  (858) 550-6420
5
   Jeffrey Karr (186372) (jkarr@cooley.com)
6  3175 Hanover Street
   Palo Alto, CA 94304
7  Telephone: (650) 843-5000
   Facsimile: (650) 849-7400
8
   Attorneys for Plaintiff
9  Javo Beverage Co., Inc.

10            UNITED STATES DISTRICT COURT

11          SOUTHERN DISTRICT OF CALIFORNIA

12

13  JAVO BEVERAGE CO., INC.,            Case No.  19-cv-1859 CAB WVG

14                                      **DECLARATION OF BRAD PETERSMEYER
                                        ISO JAVO'S MOTION FOR PRELIMINARY
15              Plaintiff,              INJUNCTION**

16  v.                                  **HIGHLY CONFIDENTIAL /
                                        OUTSIDE ATTORNEYS' EYES
17  CALIFORNIA EXTRACTION               ONLY**
    VENTURES, INC. AND STEPHEN
18  COREY,                             Date:    December 19, 2019
                                       Ctrm.:   4C (4th Floor)
19              Defendants.            Judge:   Hon. Cathy Ann Bencivengo

20                                      Complaint Filed:  September 26, 2019
                                        Trial Date:       TBD
21
                                        **[REDACTED - FILED UNDER SEAL]**
22

23

24

25

26

27

28

HIGHLY CONFIDENTIAL /
OUTSIDE ATTORNEYS' EYES ONLY        1.        DECLARATION OF B. PETERSMEYER ISO
                                              JAVO'S MOT. FOR PRELIM. INJUNCTION
                                              CASE NO. 19-CV-1859 CAB WVG

1    I, Brad Petersmeyer, declare as follows:

2       1.    I am Vice President, Operations for Plaintiff Javo Beverage Co., Inc.

3    ("Javo").   I submit this declaration in support of Javo's Motion for Preliminary

4    Injunction.  I have personal knowledge of the matters set forth in this declaration and

5    could and would testify competently thereto.

6       2.    Javo is in the business of selling extracts for coffee, tea, and botanicals.

7    Javo offers a variety of extract products and also partners directly with customers to

8    provide private label product solutions.  Javo provides a wide range of prepared coffee

9    extracts and concentrates for hand-mixing, including cold brew coffee extracts, iced

10   latte concentrates, and espresso syrups.  Javo was originally known for its bag-in-a-box

11   hot coffee concentrates and iced latte concentrates, which provide customers with the

12   authentic taste and quality of fresh brewed coffee in an on-demand format.  Since cold

13   brew coffee became popular, Javo's business has skyrocketed because Javo's process

14   can efficiently manufacture cold brew coffee at scale and for multiple packaging

15   formats from cup, to can, to nitro tap.  Javo also offers fresh-brewed tea concentrates

16   for a variety of black, green and white teas, and custom flavor profiles.  Additionally,

17   Javo makes botanical extracts that can be used in a variety of consumer-based beverage

18   and food products, including beverages, baked goods, ice cream and yogurt, and sauces.

19      3.    Javo has perfected its proprietary extraction process to optimize flavor

20   profile, increase concentration level, and maximize yield.  Javo's trade secrets are in

21   virtually all aspects of its extraction process, which includes ███████████████

22   ████████████████████████████████████████████████████

23   ████████████████████████████████████████████████████

24   ████████████████████████████████████████████████████

25   ████████████████████████████████████████████████████

26   ██████  Javo's optimization of its proprietary extraction process is extremely valuable,

27   and is what sets Javo apart from our competitors.

28      4.    I have worked for Javo since October 2005 with a focus on operations,

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

HIGHLY CONFIDENTIAL /
OUTSIDE ATTORNEYS' EYES ONLY

2.

DECLARATION OF B. PETERSMEYER ISO
JAVO'S MOT. FOR PRELIM. INJUNCTION
CASE NO. 19-CV-1859 CAB WVG

including the extraction process and production functions.  My first role at Javo was Director of Operations.  In fall 2011, I was promoted to my current role, Vice President of Operations.

5.     I have a comprehensive understanding and detailed knowledge of Javo operations, including the company's proprietary extraction process.  Over the years, I have been involved with all aspects of Javo's manufacturing process, as I have worked to oversee and improve the efficiency of Javo operations from start to finish.  My work has included managing orders that come in through our sales team, working with our extraction team to produce the product, and then getting that product out the door and distributed to the end customer.

6.     Javo's corporate offices and main facility are located at 1311 Specialty Drive in Vista, California.  Total space at the Vista buildings is approximately ███ square feet.  The main facility's production space is ████ square feet and has █ ████████████ Javo's main R&D lab space is also currently located at the Vista facility.

7.     At the end of 2017, Javo committed to building out a second manufacturing facility to accommodate current customer volumes and to provide additional capacity for new programs.  The second facility at Indianapolis, Indiana has ████ square feet, including room for expanded office and lab space.  Approximately ████ square feet of the Indianapolis facility is manufacturing space and the facility currently houses an additional ██████████.  Javo started extracting at the Indianapolis facility in May 2018 and added capabilities throughout the year.  By fourth quarter of 2018, the space was fully operational (i.e., producing bag-in-a-box extract).

8.     We measure our output in terms of the volume of ████ extract that Javo produces annually.[1]  When I first started 14 years ago, Javo had ███ extraction vessels and output ██████████ annually, with reported revenue around $6.2 million.  In

---

[1] Brix (°Bx) is a scale of measurement traditionally used in the concentrate industry to measure the strength of the solution.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

HIGHLY CONFIDENTIAL /
OUTSIDE ATTORNEYS' EYES ONLY

3.

DECLARATION OF B. PETERSMEYER ISO
JAVO'S MOT. FOR PRELIM. INJUNCTION
CASE NO. 19-CV-1859 CAB WVG

2011, Javo's annual production volume decreased to approximately ▮▮▮▮▮ of ▮▮▮ extract with the loss of a significant convenience store customer in the bag-in-a-box space.  Demand for Javo's extract began to grow again organically, and recently ▮▮▮▮ with the cold brew coffee phenomenon.  Currently, Javo has ▮▮▮▮▮ ▮▮▮ (across two facilities) and produces ▮▮▮▮▮ of extract annually, with approximately ▮▮▮▮ in revenue.

9.    During the period leading up to the company's bankruptcy and restructuring in 2011, I began to take on a more central operations role at Javo.  At that time, I was involved in manufacturing production and managing day-to-day operations, while other management focused on the financial side of the business.

10.    Even when the company was going through the bankruptcy process, our top priority remained getting superior product to our customers.  For the most part, our customers remained with Javo through the bankruptcy process.  After exiting the bankruptcy process, we worked hard to rebuild confidence from our customers regarding the company's future.  We were very successful in doing this, and I played a central role in continuing to strengthen our close customer relationships.

11.    Over the years, Javo has continued to grow primarily by reputation and word of mouth in the industry.  Until very recently, Javo did not do any formal marketing.  Javo's name consistently comes up in industry circles as a leader of cold brew coffee extract.  The number one thing that gets customers in the door at Javo is the quality of our manufacturing process and extract product.  I am not aware of any competitors who can get the same quality as Javo, or any competitors who can get the same concentration of extract as Javo without the use of additional processing steps.

12.    Within a few years of the bankruptcy restructuring, Javo returned to an organic grow rate of approximately ▮ per year.  During this time, we never had an issue going into the field and winning new accounts based on how our product tasted.

13.    As we quickly learned when cold brew became popular at the end of 2016 or early 2017, our extraction process needed to scale quickly.  When the cold brew craze

Cooley LLP
Attorneys At Law
San Diego

Highly Confidential /
Outside attorneys' Eyes Only

4.

Declaration Of B. Petersmeyer ISO
Javo's Mot. For Prelim. Injunction
Case No. 19-cv-1859 CAB WVG

hit, we were bombarded with new business opportunities given the increased demand for what has been Javo's core product from day one. As we like to say, "We were cold before it was cool." The typical cold brew process is a difficult and low-yield batch-by-batch process. As a result, large industry players have turned to Javo to cold brew their roasted coffee into an extract at scale.

14.     Although the influx of interest from new cold brew customers was great for business, we had to react to find a solution to scale that quickly. During this time, my role changed from overseeing day-to-day operations and began to focus on how to address the capacity issue. As our customer base grew, we needed to find ways to do things faster while maintaining or improving on the level of quality—not losing it. During the last part of 2017 and the beginning of 2018, we built out capacity in Vista and started the process of opening a second location in Indianapolis to increase our extraction capacity.

15.     In comparison, when Stephen Corey ("Corey") worked at Javo, the process was more R&D focused. While we were always focused on quality, we were not focused on production capacity to the same extent that we have focused on it more recently, after sales began to grow significantly. During the time when Corey and I overlapped, Corey spent the majority (i.e., 90%) of his time working in the lab on research and product development. In the lab, Corey had different sizes of Lexan transparent vessels that he used for testing the extraction process and developing formulas and bench top samples for customers. When it came to the production process and improving scalability and efficiency, other Javo employees drove the effort. Corey contributed to the effort in certain respects (e.g., grind sizes), but it was not his primary focus.

16.     Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from one of Corey's extraction logs that is stored on the Javo system. The file information reflects that this document was created by "scorey" on July 29, 2004 and last modified on October 20, 2004. In the log, Corey discusses the "upwelling of pressure wave."

Cooley LLP
Attorneys At Law
San Diego

Highly Confidential /
Outside attorneys' Eyes Only

5.

Declaration Of B. Petersmeyer ISO
Javo's Mot. For Prelim. Injunction
Case No. 19-cv-1859 CAB WVG

17.     Attached hereto as Exhibit 5 is a true and correct copy of procedures for cleaning and loading the extraction vessels and for extracting the extract, which were prepared by Greg Allick in October and November 2006.  Greg Allick is a former Javo employee, who worked on the floor in the facility and was involved in operations.

18.     Javo continues to use the same extraction process that we used when Corey was at the company, but we have come a long way in terms of increasing efficiency and capacity of Javo's proprietary process.

19.     Throughout my time at Javo, the company's management has elected to rely on trade secret protection to protect the company's proprietary extraction processes. The company's trade secrets have not been generally known, and I am aware of and involved with many of the steps and precautions that Javo takes to protect its trade secrets and other confidential information.

20.     One of our primary protections is Javo's requirement that its employees sign agreements that confirm they will keep Javo's information confidential and not use or disclose Javo's trade secrets or other confidential information outside of Javo.  I am aware that when he was an employee, Corey signed an Employment Agreement ("EA") and Confidentiality and Inventions Assignment Agreement ("CIAA") in favor of the company.

21.     Javo limits employee access to sensitive information on a need-to-know basis, and limits the number of employees that are trained across multiple aspects of the extraction process.  For example, a limited number of employees have knowledge of specifications such as particle sizes for the coffee grounds that we pack into the extraction vessels.  Specifically, only four Javo employees work in the department that grinds the coffee grounds and performs the quality-assurance checks on grind size. Other than that department, only three employees in R&D plus top management know of the grind specifications.  No more than five employees are trained across all phases of the process, from grinding through the finished extract.

22.     As a policy, Javo also requires departing employees to return all

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

HIGHLY CONFIDENTIAL /
OUTSIDE ATTORNEYS' EYES ONLY

6.

DECLARATION OF B. PETERSMEYER ISO
JAVO'S MOT. FOR PRELIM. INJUNCTION
CASE NO. 19-CV-1859 CAB WVG

confidential materials upon termination of their employment.  The obligation to return confidential information is express in the employee agreements, including the CIAA that Corey signed when he was an employee.

23.    Javo uses password protection on all company computers, and stores sensitive company information in secure, limited-access databases.  Javo also uses secure manufacturing software called Vicinity to store its manufacturing formulas.  Only two employees (myself and Adam Faiq) can change the settings for the manufacturing formulas in Vicinity.  The Vicinity system requires each user to log-in and allows Javo to assign permissions to each user.

24.    Javo has physical security at its facilities and restricts access, including alarm systems, key card access to all doors to the manufacturing space, code locks to the lab space, and secure storage sites.  Hourly facility employees also use a biometric print geometry device to confirm their identity when clocking in and out of work.  Handprint scanners were used up to ten years ago.  Over the last two or three years, the company switched to fingerprint scanners.

25.    Javo requires its contractors and vendors to sign non-disclosure agreements prohibiting the use and disclosure of Javo's confidential and proprietary information outside of the company.  Contractors and vendors are contractually obligated to return sensitive materials upon termination of the relationship.  If a contractor or vendor is working with important equipment such as the extraction vessel, they sign an invention assignment agreement in favor of Javo in addition to a non-disclosure agreement.

26.    Javo also requires customers and other third-party visitors to Javo's manufacturing facilities to execute confidentiality and non-use agreements in favor of Javo as a condition of entry.  In agreements with customers (including development agreements), Javo negotiates language that makes clear the agreement grants no interest to the customer in Javo's proprietary extraction process or other manufacturing methods, and that Javo has no obligation to disclose the process.

Cooley LLP
Attorneys At Law
San Diego

Highly Confidential /
Outside attorneys' Eyes Only

7.

Declaration Of B. Petersmeyer ISO
Javo's Mot. For Prelim. Injunction
Case No. 19-cv-1859 CAB WVG

27.     Javo's proprietary extraction process is extremely valuable to the company.  Javo's primary goal is to obtain the best possible extraction yield when the raw materials (coffee, tea, botanicals) are placed into the extraction vessels.  Through years of research and development, Javo has optimized the extraction process to get to a concentration level of ███ for coffee extract with a unique process that is efficient and easier to scale than other techniques.  For example, in contrast to Javo's process, traditional cold brewing methods involve steeping grounds in tepid water for multiple days.

28.     Javo roasts some of its coffee beans in-house and receives other beans from customers, who have already roasted the coffee.  As a result, Javo's proprietary extraction process fully begins after the coffee beans have been roasted, and is performed entirely in-house at Javo from start to finish.  Javo's trade secrets are not simply individual steps of a process in isolation, but include the combination and specific implementation of the various steps as well as the knowhow to make adjustments for the many variables in the process.

29.     **The configuration of Javo's extraction vessel is proprietary.** ███

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████ ███████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████

██ ████████████████████████████████

███████████████████████████████████

Cooley LLP
Attorneys At Law
San Diego

Highly Confidential /
Outside attorneys' Eyes Only

8.

Declaration Of B. Petersmeyer ISO
Javo's Mot. For Prelim. Injunction
Case No. 19-cv-1859 CAB WVG

1  ███████████████████████████████████████████████████

2  ███████████████████████████████████████████████████

3  ███████████████████████████████████████████████████

4  ███████████████████████████████████████████████████

5  ███████████████████████████████████████████████████

6  ███████████████████████████████████████████████████

7  ███████████████████████████████████████████████████

8  ███████████████████████████████████████████████████

9  ████████████████████████████████████

10  31.   ████████████████████████████████████████████

11  ███████████████████████████████████████████████████

12  ███████████████████████████████████████████████████

13  ███████████████████████████████████████████████████

14  ███████████████████████████████████████████████████

15  ███████████████████████████████████████████████████

16  ███████████████████████████████████████████████████

17  ██████████████

18  32.    Attached hereto as Exhibit 6 is a true and correct copy of manufacturing

19  drawings of the extraction vessels.  I believe these drawings were completed at a time

20  when Corey was still employed at Javo.

21  33.   ███████████████████████████████████

22  ██████████████████████████████████   This is what

23  Corey referred to as the "grind matrix" during his time working at Javo.   ██████

24  ███████████████████████████████████████████████████

25  ███████████████████████████████████████████████████

26  ███████████████████████████████████████████████████

27  ███████████████████████████████████████████████████

28  ███████████████████████████████████████████████████

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

HIGHLY CONFIDENTIAL /
OUTSIDE ATTORNEYS' EYES ONLY

9.

DECLARATION OF B. PETERSMEYER ISO
JAVO'S MOT. FOR PRELIM. INJUNCTION
CASE NO. 19-CV-1859 CAB WVG

1

2

3

4

5

6

7

8

9

10

11

12      34. ████████████████████████████████████

13

14

15

16

17

18

19

20

21

22      35.     While Corey was at Javo, I worked closely with Corey on the grind matrix.

23

24      ████████████████████████████████ Attached hereto as Exhibits 7 and 8 are two

25      examples of Corey's communications concerning the grind matrix at Javo.

26      36.     Attached hereto as Exhibit 7 is a true and correct copy of a May 3, 2011

27      email from Stephen Corey to Aytunc Atabek, copying me, without the referenced

28      attachment to test results (which were not attached to the original email).  The subject

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

HIGHLY CONFIDENTIAL /
OUTSIDE ATTORNEYS' EYES ONLY

10.

DECLARATION OF B. PETERSMEYER ISO
JAVO'S MOT. FOR PRELIM. INJUNCTION
CASE NO. 19-CV-1859 CAB WVG

1   of the email is "grinding matrix."   As reflected in the email, Corey and I were

2   "collectively working on this problem" together.   We also worked closely with Aytunc

3   Atabek, who was the Director of Technical Services and played an intermediary role

4   between sales and R&D.

5         37.      Attached hereto as Exhibit 8 is a true and correct copy of a July 20, 2011

6   email from Stephen Corey to Aytunc Atabek, copying me, without the attachment.   The

7   subject of the email is ███████████████████████████████   Final Jul

8   2011.xls."   The attachment to the email at Exhibit 8 is an excel spreadsheet with

9   multiple tabs concerning ████████████████████   which is not being

10  included given the highly-confidential and proprietary nature of the information.

11        38.   ██████████████████████████████████████████████████

12  ██████████████████████████████████████████████████

13  ██████████████████████████████████████████████████

14  ██████████████████████████████████████████████████

15  ██████████████████████████████████████████████████

16  ██████████████████████████████████████████████████

17  ██████████████████████████████████████████████████

18  ████████████████████████████████   ████████████████

19  ██████████████████████████████████████████████████

20  █████████████████████

21        39.   ████████████████████████████████████████████

22  ██████████████████████████████████████████████████

23  ██████████████████████████████████████████████████

24  ██████████████████████████████████████████████████

25  ██████████████████████████████████████████████████

26  ██████████████████████████████████████████████████

27  ██████████████████████████████████████████████████

28  ██████████████████████████████████

Cooley LLP
Attorneys At Law
San Diego

Highly Confidential /
Outside attorneys' Eyes Only

11.

Declaration Of B. Petersmeyer ISO
Javo's Mot. For Prelim. Injunction
Case No. 19-cv-1859 CAB WVG

40. ███████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████   When Corey was at Javo, he often referred to the resultant DI water as "hungry," "aggressive" and/or "angry" water in describing its role in the extraction process.

41. ███████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████

42. ███████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

HIGHLY CONFIDENTIAL /
OUTSIDE ATTORNEYS' EYES ONLY

12.

DECLARATION OF B. PETERSMEYER ISO
JAVO'S MOT. FOR PRELIM. INJUNCTION
CASE NO. 19-CV-1859 CAB WVG

43. █████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████ ██████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████

44. █████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
███████████████

45. █████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████

Cooley LLP
Attorneys At Law
San Diego

Highly Confidential /
Outside attorneys' Eyes Only

1   ██████████████████████

2   46.   ████████████████████████████████████

3   ████████████████████████████████████████████████

4   ███████████████████████

5   47.   Javo's proprietary process and knowhow based on years of research and

6   development is extremely valuable because numerous variables at each step of the

7   process can impact other aspects of the process and can significantly affect extraction

8   yield.  Through research and development, Javo has identified and addressed particular

9   issues that pose challenges to the extraction process.  Javo knows what to do and what

10  not to do given a set of conditions, and implements this knowhow in its proprietary

11  process.

12  48.   For example, ████████████████████████████████

13  ████████████████████████████████████████████████

14  ████████████████████████████████████████████████

15  ████████████████████████████████████████████████

16  ████████████████████████

17  49.   Another example of Javo's knowhow are the steps Javo takes to ████

18  ████████████████████████████████████████████████

19  ████████████████████████████████████████████████

20  ████████████████████████████████████████████████

21  ████████████████████████████████████████████████

22  ████████████████████████████████████████████████

23  ████████████████████████████████████

24  50.   Consistent with Javo's decision to protect its proprietary extraction process

25  as a trade secret, Javo has not applied for and does not own any patents.  Prior to

26  discovering Corey/CEV's patents, Javo was not aware of any competitors attempting to

27  patent similar technology to Javo's process.

28  ///

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

HIGHLY CONFIDENTIAL /
OUTSIDE ATTORNEYS' EYES ONLY

14.

DECLARATION OF B. PETERSMEYER ISO
JAVO'S MOT. FOR PRELIM. INJUNCTION
CASE NO. 19-CV-1859 CAB WVG

51.   I first learned of Corey's and CEV's patent filings in May 2019, in connection with questions we received from a potential buyer relating to Javo's proprietary process. Before May 2019, Javo had not performed any searches of USPTO records and had no knowledge or reason to suspect that Corey was filing patent applications or that CEV even existed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2019, in Vista, California.

_____
Brad Petersmeyer

213332800

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

HIGHLY CONFIDENTIAL /
OUTSIDE ATTORNEYS' EYES ONLY

15.

DECLARATION OF B. PETERSMEYER ISO
JAVO'S MOT. FOR PRELIM. INJUNCTION
CASE NO. 19-CV-1859 CAB WVG