COOLEY LLP
Steven M. Strauss (99153) (sms@cooley.com)
Erin C. Trenda (277155) (etrenda@cooley.com)
Alexander R. Miller (294474) (amiller@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

Jeffrey Karr (186372) (jkarr@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff
Javo Beverage Co., Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>Defendants. | Case No.  19-cv-1859 CAB WVG<br><br>**JAVO'S REQUEST FOR ORAL ARGUMENT**<br><br>Date:   December 19, 2019<br>Ctrm.:  4C (4th Floor)<br>Judge:  Hon. Cathy Ann Bencivengo<br><br>Complaint Filed: September 26, 2019<br>Trial Date:           TBD<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

JAVO'S REQUEST FOR
ORAL ARGUMENT
CASE NO. 19-CV-1859 CAB WVG

**PLAINTIFF JAVO BEVERAGE CO., INC.'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7.1 and the Court's Chambers Rule II(A), Plaintiff Javo Beverage Co., Inc. ("Javo") hereby respectfully requests oral argument on its Motion for Preliminary Injunction, filed contemporaneously herewith. Javo estimates two hours will be necessary for argument, with 60 minutes of argument for each side.

In addition to allowing the Court and the parties greater opportunity to explore the parallels between past cases and the present dispute Javo respectfully submits that oral argument would be beneficial to the Court for at least three reasons. *First*, Javo's investigation into Defendants' malfeasance is ongoing, and oral argument will allow the Court to receive any new evidence obtained in support of Javo's Motion for Preliminary Injunction, especially if Javo's Motion for Expedited Discovery (which Javo intends to file) is granted. *Second*, oral argument will also allow Javo to apprise the Court of any further developments regarding Defendants' prosecution of patents containing Javo's trade secrets and other confidential information, the status of Defendants' pending patent applications—including an Office Action that was just instituted in U.S. Appl. No. 15/725,599 on November 7, 2019, and any new patent applications (if any) Defendants may subsequently file. *Third*, oral argument will allow the parties to address any questions the Court may have regarding the history of the parties' relationship and the events leading up to this lawsuit, which bears on Javo's likelihood of success on the merits, the irreparable harm Javo will suffer, the balance of the equities between the parties, and the public interest.

Accordingly, Javo respectfully requests that the Court grant its request for oral argument.

| | | |
|---|---|---|
| Dated: November 14, 2019 | | COOLEY LLP |

By: */s/ Steven M. Strauss*
    Steven M. Strauss (99153)

Attorneys for Plaintiff Javo Beverage Co., Inc.

212980592