1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    JOHN A. YACOVELLE, Cal. Bar No. 131781
3         jyacovelle@sheppardmullin.com
    MARISA B. MILLER, Cal. Bar No. 270860
4         mmiller@sheppardmullin.com
    KRISTIN P. HOUSH, Cal. Bar No. 286651
5         khoush@sheppardmullin.com
    12275 El Camino Real, Suite 200
6   San Diego, California 92130-4092
    Telephone:   858.720.8900
7   Facsimile:   858.509.3691

8   Attorneys for Defendants
    CALIFORNIA EXTRACTION
9   VENTURES, INC.; STEPHEN COREY

10              UNITED STATES DISTRICT COURT

11            SOUTHERN DISTRICT OF CALIFORNIA

12

| 13 | JAVO BEVERAGE CO., INC., | Case No. 3:19-CV-01859-CAB-WVG |
|---|---|---|
| 14 | Plaintiff, | **DEFENDANTS CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY'S** |
| 15 | v. | **AND STEPHEN COREY'S *EX PARTE* APPLICATION FOR** |
| 16 | CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN | **EXPEDITED DISCOVERY AND CONTINUANCE OF HEARING AND ATTENDANT BRIEFING** |
| 17 | COREY, | **DEADLINES FOR PLAINTIFF'S MOTION FOR PRELIMINARY** |
| 18 | Defendants. | **INJUNCTION** |
| 19 | | *[Memorandum of Points & Authorities* |
| 20 | | *and Declaration of Marisa Miller filed concurrently herewith]* |
| 21 | | Complaint Filed:   September 26, 2019 |
| 22 | | Trial Date:          TBD |

23

24

25

26

27

28

SMRH:4831-0118-2382.1

Defendants Stephen Corey and California Extraction Ventures ("CEV") (together, "Defendants") respectfully apply *ex parte* for the following relief: (a) expedited discovery – consisting of seven requests for production and a 30(b)(6) deposition on three topics – to develop the factual record for their opposition to Plaintiff Javo Beverage Co., Inc.'s ("Javo") pending Motion for Preliminary Injunction ("Motion") (which is currently scheduled to be heard on January 3, 2020); and (b) at least a thirty-day continuance of the hearing for Javo's pending Motion for Preliminary Injunction (or as soon thereafter as the Court's schedule permits) and corresponding continuances of the attendant briefing deadlines pursuant to the Federal Rules of Civil Procedure.

Defendants' narrowly and carefully tailored discovery requests, copies of which are attached hereto as part of Exhibit 3, are reasonable in light of Javo's request for sweeping injunctive relief that would effectively shut down the Defendants' business operations during the early stage of this lawsuit and while a meritorious Motion to Dismiss is pending. Defendants' discovery requests are based directly on the substance of Javo's claims and will benefit Defendants with minimal burden on Javo. In addition, the Court will benefit as it will be able to consider the information gleaned from the discovery requests in connection with Javo's request for injunctive relief, which would be in the interests of justice. This application is supported by the attached (1) Memorandum of Points and Authorities; and (2) the Declaration of Marisa Miller and exhibits attached thereto (including Defendants' proposed discovery requests).

Defendants make this request on an *ex parte* basis because of the accelerated schedule created by Javo's Motion. Defendants' opposition is due on December 9, 2019, in two short weeks. (Doc. No. 23, 11/15/2019 Order.) Defendants filed this Application as soon as possible, after reviewing and analyzing Javo's Motion, preparing the discovery they seek, and meeting and conferring with Javo.

Defendants will suffer irreparable harm but for *ex parte* relief, which will force Defendants to oppose Javo's Motion on a far-from-complete evidentiary record.

As detailed in Ms. Miller's Declaration and Exhibits 1 through 4 thereto, Defendants' counsel met and conferred with Plaintiff's counsel telephonically and via correspondence regarding this application.  Plaintiff refused to consent to the relief requested herein and intends to oppose this application.

Dated:  November 25, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ John A. Yacovelle*
           JOHN A. YACOVELLE
           MARISA B. MILLER
           KRISTIN P. HOUSH

Attorneys for Defendants
CALIFORNIA EXTRACTION
VENTURES, INC. AND STEPHEN COREY

SMRH:4831-0118-2382.1