UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>　　　　　　　　　　　Defendants. | Case No.: 19-CV-1859-CAB-WVG<br><br>**ORDER GRANTING IN PART DEFENDANTS' EX PARTE APPLICATION FOR EXPEDITED DISCOVERY AND CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Doc. No. 26]** |

　　　On September 26, 2019, Plaintiff Javo Beverage Co., Inc., ("Javo") filed a complaint against Defendants California Extraction Ventures, Inc., and Stephen Corey (collectively "CEV") for trade secret misappropriation, declaratory judgment and intentional interference with contract. [Doc. No. 1.]  On October 18, 2019, CEV filed a motion to dismiss [Doc. No. 7], which is now fully briefed and under submission.[1]  On November 14, 2019, Javo filed a motion for preliminary injunction.  [Doc No. 20.]  The Court scheduled a hearing on the motion for injunctive relief for January 3, 2020 and issued a briefing schedule for the submission of CEV's response by December 9, 2019 and

---

[1] The Court's order on the motion to dismiss will be issued in a separate Order.

1

submission of a reply by Javo by December 16, 2019.  [Doc. No. 23.]

CEV now moves for a continuance of the hearing date and for leave to serve expedited discovery requests to support its response to the injunction motion.  [Doc. No. 26.]  Javo opposed the requests asserting delay will cause further irreparable harm, the requested discovery is overbroad, and that CEV already possess much of the information it claims it needs to oppose the motion.  [Doc. No.27.]

Having reviewed the submissions of the parties, and the proposed discovery, the Court **GRANTS in part** CEV's request.  Javo waited almost two months after filing its complaint to file the motion for injunctive relief.  The Court finds that a further delay of 20 days is not unreasonable to permit CEV to do some limited discovery to prepare its opposition.  The hearing is therefore continued to **January 23, 2020 at 10:00 a.m.**

CEV's request to take a Rule 30(b)(6) deposition of Javo on the topics set forth in Exhibit 3 to its application [Doc. No. 26-2, at 26-30] is **GRANTED**.  The Court however finds the document requests overbroad for purposes of opposing the injunction motion and that discovery request is **DENIED**.

To facilitate the notice and taking of the requested deposition, the briefing schedule is hereby revised.  CEV's opposition is now due on **January 9, 2020** and Javo may file a reply no later than **January 16, 2020**.

It is **SO ORDERED**.

Dated:  November 27, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge