UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC., | Case No.:  19-CV-1859-CAB-WVG |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR LIMITED RECIPROCAL EXPEDITED DISCOVERY** |
| v. | |
| CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY, | |
| Defendants. | **[Doc. No. 30]** |

On December 6, 2019, Plaintiff Javo Beverage Co., Inc. ("Javo") filed an ex parte application for limited reciprocal expedited discovery.  [Doc. No. 30.]  Javo seeks to serve three requests for admissions with corresponding interrogatories.  Defendants California Extraction Ventures, Inc. and Stephen Corey opposed the application.  [Doc. No. 31.]

Having reviewed the submissions of the parties, and the proposed discovery, the Court finds Javo's request is untimely and does not show good cause.  Javo filed its complaint on September 26, 2019, and its motion for preliminary injunction on November 14, 2019.  If such discovery was necessary Javo should not have delayed in seeking leave to obtain the expedited discovery.  Further, Javo's contention that it seeks this discovery "in order to obtain further evidence in support of" its preliminary injunction motion does

not justify expedited discovery.   Accordingly, Javo's ex parte application for limited reciprocal expedited discovery is **DENIED**.

It is **SO ORDERED**.

Dated:  December 10, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge