SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
JOHN A. YACOVELLE, Cal. Bar No. 131781
    jyacovelle@sheppardmullin.com
MARISA B. MILLER, Cal. Bar No. 270860
    mmiller@sheppardmullin.com
KRISTIN P. HOUSH, Cal. Bar No. 286651
    khoush@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for Defendants
CALIFORNIA EXTRACTION VENTURES, INC.; STEPHEN COREY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>Defendants. | Case No. 3:19-CV-01859-CAB-WVG<br><br>**JOINT MOTION FOR ENTRY OF REVISED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN SUPPORTING DOCUMENTS FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Ctrm.:   4C (4th Floor)<br>The Hon. Cathy Ann Bencivengo<br><br>Complaint Filed:   September 26, 2019<br>Trial Date:           TBD |

SMRH:4841-8775-6206.2

Plaintiff JAVO BEVERAGE CO., INC. (the "Plaintiff") and defendants CALIFORNIA EXTRACTION VENTURES, INC. and STEPHEN COREY (the "Defendants") (collectively, the "Parties"), by and through their undersigned counsel, jointly move the Court to enter a revised order granting Plaintiff's Motion for Leave to File Under Seal Certain Supporting Documents for Plaintiff's Motion for Preliminary Injunction [Doc. No. 16].

On November 13, 2019, the Court issued an order allowing Plaintiff to restrict access to those portions of the Declaration of Brad Petersmeyer and corresponding Exhibits 4 through 8 that Plaintiff designated as "Outside Attorneys' Eyes Only" to Defendants' outside litigation counsel of record ("OAEO Information") [Doc. No. 16]. The Parties have met and conferred, and Plaintiff has agreed to the following adjustments to treatment of the OAEO Information that Plaintiff filed under seal in support of Plaintiff's Motion for Preliminary Injunction.

**Adjusted Access for Stephen Corey**

Plaintiff has agreed to allow Mr. Corey to review a copy of the Declaration of Brad Petersmeyer that lifts redactions at paragraphs 29 through 51 and Exhibits 4 through 8 (the "Restricted Information") subject to the following conditions:

(1) Mr. Corey may only review the Restricted Information during in-person meetings with outside litigation counsel at Sheppard Mullin Richter & Hampton LLP who have not acted and will not act as patent prosecution counsel for Defendants ("Outside Litigation Counsel").[1]

---

[1] Outside Litigation Counsel shall include Jesse Salen, Esq., and other litigation counsel at Sheppard Mullin Richter & Hampton LLP, including attorneys who have not filed an appearance in this action, but shall not include any counsel at Sheppard Mullin Richter & Hampton LLP that is advising or will advise (directly or indirectly) Defendants on any preparation or prosecution of Defendants' current or future patents or patent applications, including but not limited to David Heisey, Esq., Hector Agdeppa, Esq., Daniel Yannuzzi, Esq., Eric Gill, Esq., and Jonathan Marina, Esq. ("Patent Prosecution Counsel").

(2) Mr. Corey is not permitted to take, copy, or receive (via email or otherwise) any of the Restricted Information, nor is he permitted to take pictures or notes, or otherwise record information relating to any of the Restricted Information.

(3) Mr. Corey may not disclose or discuss the Restricted Information with anyone other than Outside Litigation Counsel or Plaintiff's counsel. For avoidance of doubt, Mr. Corey may not disclose or discuss the Restricted Information with anyone else at CEV, including but not limited to Michael Klipcera, Esq., or with any Patent Prosecution Counsel at Sheppard Mullin Richter & Hampton LLP.

Javo has agreed to Mr. Corey's review of the Restricted Information under the aforementioned conditions to allow Mr. Corey to prepare a declaration addressing the Restricted Information in connection with Defendants' opposition to Plaintiff's Motion for Preliminary Injunction. Mr. Corey's declaration will include language confirming he has complied with the aforementioned conditions in his review of the Restricted Information.

**Access to OAEO Information for Other Attorneys at Sheppard Mullin**

Javo has further agreed to allow Jesse Salen and other litigation counsel at Sheppard Mullin Richter & Hampton LLP who have not filed an appearance in this action, to access and review OAEO Information provided they have not advised and will not advise (directly or indirectly) Defendants on the preparation or prosecution of any of Defendants' current or future patents or patent applications.[2] For

---

[2] Mr. Salen is listed under CEV's customer number 155292 on the USPTO's Public Patent Application Information Retrieval (PAIR) system. [Doc. No. 12 at 6:6-11.] However, Mr. Salen has submitted a declaration and certification, attached hereto as Exhibit A, representing that he has not had and will not have any involvement in the preparation or prosecution of any of Defendants' patents or patent applications. Mr. Salen has further agreed to a prosecution bar and wall, as set forth in paragraphs 7 and 8 of his declaration and certification at Exhibit A. Defendants have reserved the right to seek a modification of paragraph 8 should the circumstances of the case require that they do so.

avoidance of doubt, Outside Litigation Counsel shall be permitted to review OAEO Information at any time and shall not be restricted to reviewing only the Restricted Information identified above during in-person meetings with Mr. Corey.

\*\*\*

For the aforementioned reasons, the Parties jointly move this Court to modify its November 13, 2019 order [Doc. No. 16] to allow for Mr. Corey's access to the Restricted Information and Outside Litigation Counsel's access to OAEO Information, subject to the aforementioned conditions.

Dated:  December 12, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ John A. Yacovelle*
JOHN A. YACOVELLE
MARISA B. MILLER
KRISTIN P. HOUSH

Attorneys for Defendants
CALIFORNIA EXTRACTION
VENTURES, INC. AND STEPHEN COREY

Dated:  December 12, 2019

COOLEY LLP

By   */s/ Steven M. Strauss*
STEVEN M. STRAUSS
ERIN C. TRENDA
ALEXANDER R. MILLER
JEFFREY KARR

Attorneys for Plaintiff
JAVO BEVERAGE CO., INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this Joint Motion for Entry of Revised Order Granting Plaintiff's Motion for Leave to File Under Seal Certain Supporting Documents for Plaintiff's Motion for Preliminary Injunction is acceptable to counsel for Plaintiff JAVO BEVERAGE CO., INC., and I have obtained Steven M. Strauss' authorization to affix his electronic signature to this document.

Executed this 12th day of December, 2019, in San Diego, California.

By  */s/ John A. Yacovelle*
JOHN A. YACOVELLE
Email:  jyacovelle@sheppardmullin.com