UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>　　　　　　　　　　　Defendants. | Case No.:  19-CV-1859-CAB-WVG<br><br>**ORDER GRANTING JOINT MOTION TO ENTER REVISED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN SUPPORTING DOCUMENTS FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Doc. No. 33] |

Based on Plaintiff Javo Beverage Co., Inc. ("Plaintiff") and Defendants California Extraction Ventures, Inc. and Stephen Corey's (together "Defendants") Joint Motion to Enter a Revised Order Granting Plaintiff's Motion for Leave to File Under Seal Certain Supporting Documents for Plaintiff's Motion for Preliminary Injunction (the "Joint Motion"), and good cause appearing, the Court modifies its November 13, 2019 Order [Doc. No. 16] as follows:

1. Information that Plaintiff has designated as "Outside Attorneys' Eyes Only" in its Motion for Preliminary Injunction and supporting declarations and exhibits ("OAEO Information") may be reviewed by outside litigation counsel at Sheppard Mullin Richter & Hampton LLP who have not acted and will not act as patent prosecution counsel for Defendants ("Outside Litigation Counsel").

2. Outside Litigation Counsel shall include Jesse Salen, Esq., and other litigation counsel at Sheppard Mullin Richter & Hampton LLP, including attorneys who have not filed an appearance in this action, but shall not include any counsel at Sheppard Mullin Richter & Hampton LLP that is advising or will advise (directly or indirectly) Defendants on any preparation or prosecution of Defendants' current or future patents or patent applications, including but not limited to David Heisey, Esq., Hector Agdeppa, Esq., Daniel Yannuzzi, Esq., Eric Gill, Esq., and Jonathan Marina, Esq. ("Patent Prosecution Counsel").

3. Stephen Corey may review the following portions of the OAEO Information: a copy of the Declaration of Brad Petersmeyer that lifts redactions at paragraphs 29 through 51 and Exhibits 4 through 8 (the "Restricted Information"), provided that Mr. Corey's review of the Restricted Information occurs during in-person meetings with Outside Litigation Counsel.

4. Mr. Corey is not permitted to take, copy, or receive (via email or otherwise) any of the Restricted Information, nor is he permitted to take pictures or notes, or otherwise record information relating to any of the Restricted Information.

5. Mr. Corey may not disclose or discuss the Restricted Information with anyone

other than Outside Litigation Counsel or Plaintiff's counsel.  For avoidance of doubt, Mr. Corey may not disclose or discuss the Restricted Information with anyone else at CEV, including but not limited to Michael Klipcera, Esq., or with any Patent Prosecution Counsel at Sheppard Mullin Richter & Hampton LLP.

It is **SO ORDERED**.

Dated:  December 13, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge