SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN A. YACOVELLE, Cal. Bar No. 131781
    jyacovelle@sheppardmullin.com
MARISA B. MILLER, Cal. Bar No. 270860
    mmiller@sheppardmullin.com
KRISTIN P. HOUSH, Cal. Bar No. 286651
    khoush@sheppardmullin.com
JESSE SALEN, Cal. Bar No. 292043
    jsalen@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendants/Counter-Claimant
CALIFORNIA EXTRACTION
VENTURES, INC.; STEPHEN COREY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>Defendants.<br><br>CALIFORNIA EXTRACTION VENTURES, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>JAVO BEVERAGE CO., INC.,<br><br>Counterclaim-Defendant. | Case No. 3:19-CV-01859-CAB-WVG<br><br>**DECLARATION OF WEN ENG IN SUPPORT OF CALIFORNIA EXTRACTION VENTURES, INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>The Hon. Cathy Ann Bencivengo<br><br>Complaint Filed: September 26, 2019<br>Trial Date: TBD |

-1-    Case No. 3:19-CV-01859-CAB-WVG

SMRH:4841-0520-1072.1

# DECLARATION OF WEN ENG

I, Wen Eng, declare as follows:

1. I am an employee of California Extraction Ventures, Inc. ("CEV"). I submit this declaration in support of Defendants California Extraction Ventures, Inc. and Stephen Corey's ("Defendants") Motion For Leave To File Documents Under Seal. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. I have various roles at CEV, one of which is the oversight of CEV's extraction process. I am responsible for determining the parameters of that process, which I call "process engineering." In addition, I maintain certain confidential financial documents regarding CEV's valuation and equity ownership of CEV's shareholders (the "Financial Information").

3. The parameters of CEV's extraction process are confidential. I manage and control access to that information, which is password-protected and maintained in a secure environment on an enterprise cloud system. There are only three employees at CEV who can access this information.

4. Physical access to CEV's facility, where CEV's extraction equipment resides, is also restricted. Employees can access the facility with individual electronic badges, which allow CEV to restrict access by individual and monitor their access over time. In addition, CEV has restricted key access for sensitive areas of the fain cility. CEV also has site surveillance with multiple internal and external cameras attached to dual video management systems.

5. The parameters of CEV's extraction process are valuable to Defendants. Public disclosure of these parameters could allow CEV's competitors, including Javo Beverage Co., Inc. ("Javo"), to gain access to its highly confidential and commercially sensitive business information and unfairly compete with CEV to the detriment of Defendants.

6. Like CEV's process parameters, the Financial Information is confidential. Access to the Financial Information is restricted to two people at CEV, including myself. The Financial Information is password-protected and maintained in a secure environment on an enterprise cloud system.

7. I have reviewed the information in my declaration that Defendants seek leave to file under seal. I have confirmed that the material that Defendants seek to seal reveals highly confidential and commercially sensitive information regarding CEV's proprietary process, valuation, and equity ownership.

8. Information designated as "Outside Attorneys' Eyes Only" or "OAEO" is necessary to protect that information from disclosure to Javo. As a competitor, Javo could and would use this proprietary and sensitive business information to unfairly compete with CEV.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of January, 2020, at Saratoga, California.

*/s/ Wen Eng*
Wen Eng