UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>                             Plaintiff,<br><br>v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>                             Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 19-CV-1859-CAB-WVG<br><br>**ORDER GRANTING CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>[Doc. No. 40] |

The Court, having considered defendants California Extraction Ventures, Inc. and Stephen Corey's ("Defendants") Motion for Leave to File Under Seal [Doc. No. 40], and having determined that there are compelling reasons to seal the material that overcome the presumption of public access, hereby **GRANTS** Defendants' Motion for Leave to File Under Seal.  Accordingly, portions of the Declaration of Wen Eng and the attached financial information may be filed UNDER SEAL.

The Court also finds good cause to further restrict access to sealed information that Defendants have designated "Outside Attorneys' Eyes Only."  Access to this information is hereby limited to Plaintiff's outside litigation counsel of record only.

It is **SO ORDERED**.

Dated:  January 6, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge