1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JAVO BEVERAGE CO., INC., Plaintiff, v. CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY, Defendants. AND RELATED COUNTERCLAIMS | Case No.: 19-CV-1859-CAB-WVG **ORDER GRANTING JAVO BEVERAGE CO.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** [Doc. No. 41] |
|---|---|

The Court, having considered Plaintiff Javo Beverage Co., Inc.'s ("Javo") Motion to Seal Defendants' Opposition to Javo's Motion for Preliminary Injunction and Supporting Documents [Doc. No. 41], and having determined that there are compelling reasons to seal the material that overcome the presumption of public access, hereby **GRANTS** Javo's Motion.  Accordingly, Defendants shall redact and file under seal any portion of their Opposition to Javo's Motion for Preliminary Injunction referencing information already sealed previously by the Court, or information from Javo's 30(b)(6) deposition transcript designated as Confidential or Outside Attorneys' Eyes Only.

The Court also finds good cause to further restrict access to sealed information that Javo has designated "Outside Attorneys' Eyes Only" to Defendants' outside litigation counsel only, as set forth in Doc. No. 36.

It is **SO ORDERED**.

Dated: January 6, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge