UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>                            Plaintiff,<br><br>v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>                           Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 19-CV-1859-CAB-WVG<br><br>**ORDER GRANTING JAVO BEVERAGE CO.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>[Doc. No. 48] |

    The Court, having considered Plaintiff Javo Beverage Co., Inc.'s ("Javo") Motion to Seal Reply in Support of Javo's Motion for Preliminary Injunction and Supporting Documents [Doc. No. 48], hereby **GRANTS** Javo's Motion.  Accordingly, Javo shall redact and file under seal any portion of their reply referencing information already sealed previously by the Court, or otherwise refer to Javo's confidential or trade secret information that Javo has designated as Confidential or Outside Attorneys' Eyes Only.

    The Court also finds good cause to further restrict access to sealed information that Javo has designated "Outside Attorneys' Eyes Only" to Defendants' outside litigation

counsel only, as set forth in Doc. No. 36.

Defendants are also **GRANTED** leave to file a sur-reply that is limited to responding only to any additional evidence that Javo submits in its reply by **January 21, 2020 and not to exceed five pages.**

It is **SO ORDERED**.

Dated:  January 15, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge