**COOLEY LLP**
STEVEN M. STRAUSS (99153)
(sms@cooley.com)
ERIN C. TRENDA (277155)
(etrenda@cooley.com)
ALEXANDER R. MILLER (294474)
(amiller@cooley.com)
JOANNA L. HUBBERTS (294230)
(jhubberts@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

JEFFREY KARR (186372)
(jkarr@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff and
Counterclaim-Defendant
JAVO BEVERAGE CO., INC.

**SHEPPARD, MULLIN, RICHTER &
HAMPTON** LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN A. YACOVELLE, Cal. Bar No. 131781
(jyacovelle@sheppardmullin.com)
MARISA B. MILLER, Cal. Bar No. 270860
(mmiller@sheppardmullin.com)
KRISTIN P. HOUSH, Cal. Bar No. 286651
(khoush@sheppardmullin.com)
JESSE SALEN, Cal. Bar No. 292043
(jsalen@sheppardmullin.com)
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone:  858.720.8900
Facsimile:  858.509.3691

Attorneys for Defendants/Counter-Claimant
CALIFORNIA EXTRACTION VENTURES,
INC.; STEPHEN COREY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>Defendants.<br>───────────────────────<br>CALIFORNIA EXTRACTION VENTURES, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>JAVO BEVERAGE CO., INC.,<br><br>Counterclaim-Defendant. | Case No. 19-cv-01859 CAB WVG<br><br>**JOINT MOTION FOR OUTSIDE LITIGATION COUNSEL'S ACCESS TO SEALED PORTION OF TRANSCRIPT FROM PRELIMINARY INJUNCTION HEARING**<br><br>Ctrm.:   4C (4th Floor)<br>The Hon. Cathy Ann Bencivengo<br><br>Complaint Filed:   September 26, 2019<br>Trial Date:          TBD |

Plaintiff and Counterclaim Defendant JAVO BEVERAGE CO., INC. ("Javo"), Defendant and Counterclaimant CALIFORNIA EXTRACTION VENTURES, INC. ("CEV"), and Defendant STEPHEN COREY ("Corey") (collectively, the "Parties"), by and through their undersigned counsel, jointly move the Court to enter an order permitting Outside Litigation Counsel[1] for the Parties to access the portion of the transcript that the Court sealed during the January 23, 2020 hearing on Javo's Motion for Preliminary Injunction (the "PI Hearing").

During the PI Hearing, at the request of CEV and Corey's counsel, the Court ordered a portion of the proceedings sealed as outside attorneys' eyes only.  Pursuant to the Court's instructions, Javo's representatives exited the courtroom for the portion of the PI Hearing that took place from 11:25 a.m. to 12:13 p.m.  During this portion of the proceedings, CEV and Corey's counsel presented a slide deck containing material that either Javo or CEV/Corey has previously designated as "Confidential" or "Highly Confidential – Outside Attorneys' Eyes Only" and that the Court has previously sealed in this action.  (*See* Doc. Nos. 16, 36, 42, 43, 50.)

The Parties agree that the sealed portions of the PI Hearing transcript for the portion of the proceedings that took place from 11:25 a.m. to 12:13 p.m., as well as the slide deck that CEV and Corey's counsel presented during that time, may be viewed by Outside Litigation Counsel for the Parties.

The Parties also anticipate that Outside Litigation Counsel may wish to coordinate to prepare a redacted version of the full PI Hearing transcript that is not restricted as to Javo and/or a redacted version of the full PI Hearing transcript that is

---

[1] Outside Litigation Counsel includes Javo's litigation counsel and support staff at Cooley LLP and Corey/CEV's litigation counsel and support staff at Sheppard Mullin Richter & Hampton LLP, who have not acted and will not act as patent prosecution counsel for Corey/CEV ("Outside Litigation Counsel").  Outside Litigation Counsel does not include any counsel at Sheppard Mullin Richter & Hampton LLP that is advising or will advise (directly or indirectly) Corey/CEV on any preparation or prosecution of Corey/CEV's current or future patents or patent applications, including but not limited to David Heisey, Esq., Hector Agdeppa, Esq., Daniel Yannuzzi, Esq., Eric Gill, Esq., and Jonathan Marina, Esq.

1    not restricted as to Corey/CEV (i.e., by redacting the sealed information of the other

2    side).  The Parties respectfully request that the Parties be permitted to do so without

3    further leave of Court.

4                                                    ***

5            For the aforementioned reasons, the Parties jointly move this Court to permit

6    Outside Litigation Counsel's access to the sealed portions of the PI Hearing transcript

7    for the portion of the proceedings from 11:25 a.m. to 12:13 p.m., and to grant Outside

8    Litigation Counsel leave to coordinate on the preparation of a redacted version of the

9    full PI Hearing transcript that is not restricted as to Javo and/or is not restricted as to

10   Corey/CEV.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT MOTION FOR**
**ACCESS TO SEALED TRANSCRIPT**
**CASE NO. 19-CV-1859 CAB WVG**

1  Dated:  February 4, 2020      COOLEY LLP

2

3                                By          _____
                                            */s/ Steven M. Strauss*
4                                            STEVEN M. STRAUSS
5                                            ERIN C. TRENDA
                                             ALEXANDER R. MILLER
6                                            JOANNA L. HUBBERTS
7                                            JEFFREY KARR

8                                            *Attorneys for Plaintiff and Counterclaim*
9                                            *Defendant JAVO BEVERAGE CO., INC.*

10 Dated:  February 4, 2020      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

11

12                               By          _____
                                            */s/ John A. Yacovelle*
13                                           JOHN A. YACOVELLE
14                                           MARISA B. MILLER
                                             KRISTIN P. HOUSH
15                                           JESSE SALEN
16
17                                           *Attorneys for Defendants and Counterclaimant*
                                             *CALIFORNIA EXTRACTION*
18                                           *VENTURES, INC. AND STEPHEN COREY*

19

20

21

22

23

24

25

26

27

28

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this Joint Motion for Outside Litigation Counsel's Access to Sealed Portion of Transcript from Preliminary Injunction Hearing, is acceptable to counsel for Defendants and Counterclaimant CALIFORNIA EXTRACTION VENTURES, INC. and STEPHEN COREY, and I have obtained John Yacovelle's authorization to affix his electronic signature to this document.

Executed this fourth day of February 2020, in San Diego, California.


By   */s/ Steven M. Strauss*
STEVEN M. STRAUSS
Email:  sms@cooley.com