UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC.; and STEPHEN COREY,<br><br>                    Defendants. | Case No.:  19-CV-1859-CAB-WVG<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING DISCOVERY DISPUTES** |

On April 1, 2020, the Parties jointly informed this Court's Chambers of four and, potentially, five discovery disputes that remain following the Parties' meet and confer efforts. Specifically, the Parties dispute:

(1) The discoverability of metadata embedded in certain organization folders that Defendants seek from Plaintiff, including, but not limited to, deleted, fragmented, and unallocated data on hard drives and other types of data such as temporary internet files, caches, cookies, and server system and network logs;

(2) Whether the Parties should be required to preserve ephemeral electronically stored data, given that such data may subsequently become relevant to the litigation and potentially be lost during the time at which such relevance is established;

(3) Whether Plaintiff's outside counsel may be authorized to access confidential and/or attorney's eyes only ("AEO") designated information pursuant to a protective order amongst the Parties and, if so, which particular individuals may gain such access;

(4) Whether Defendants' outside counsel should be barred from participating in future patent acquisitions implicating Plaintiff and the subject matter relevant to this litigation; and, potentially,

(5) Whether the Parties should enter into an interim protective order until this Court resolves the above four discovery disputes.

Given the Parties' impasse, the Court hereby ORDERS the Parties to submit their respective briefing on each of the five issues, as outlined above, **no later than Wednesday, April 8, 2020**. The Parties' briefing shall consist of no more than twenty (20) pages, excluding exhibits, and cite to supporting legal authority wherever possible. Unless otherwise directed by the Court, no responsive briefing will be permitted. Finally, no discovery conference will be held on this matter, absent this Court's express order after the Court reviews and considers the Parties' forthcoming submissions.

**IT IS SO ORDERED.**

Dated: April 1, 2020

Hon. William V. Gallo
United States Magistrate Judge