SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN A. YACOVELLE, Cal. Bar No. 131781
    jyacovelle@sheppardmullin.com
MARISA B. MILLER, Cal. Bar No. 270860
    mmiller@sheppardmullin.com
KRISTIN P. HOUSH, Cal. Bar No. 286651
    khoush@sheppardmullin.com
JESSE SALEN, Cal. Bar No. 292043
    jsalen@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendants/Counter-Claimant
CALIFORNIA EXTRACTION VENTURES, INC.; STEPHEN COREY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>             Defendants.<br><br>CALIFORNIA EXTRACTION VENTURES, INC.,<br><br>             Counter-Claimant,<br><br>       v.<br><br>JAVO BEVERAGE CO., INC.,<br><br>             Counterclaim-Defendant. | Case No. 3:19-CV-01859-CAB-WVG<br><br>**DEFENDANTS CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY'S NOTICE OF MOTION AND MOTION FOR ANTI-SUIT INJUNCTION TO ENJOIN ARBITRATION**<br><br>Date: July 2, 2020<br>Ctrm.: 4C (4th Floor)<br>The Hon. Cathy Ann Bencivengo<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**<br><br>Complaint Filed:  September 26, 2019<br>Trial Date:  TBD |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on July 2, 2020, in Courtroom 4C of the Honorable Cathy Ann Bencivengo, United States District Court Judge for the Southern District of California, located in the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California, Defendants California Extraction Ventures, Inc. ("CEV") and Stephen Corey ("Corey") (collectively, "Defendants") will and hereby do move for an anti-suit injunction to enjoin an arbitration ("Arbitration") initiated by Plaintiff Javo Beverage Co., Inc. ("Javo") against Corey before the American Arbitration Association ("AAA") in parallel with the above-captioned action ("Litigation").

Defendants move to enjoin the continuation of the Arbitration based on the three factors that federal courts are directed by the Ninth Circuit to consider in ruling on a motion to enjoin a party from pursuing a parallel action or arbitration: "(1) whether or not the parties and the issues are the same, and whether or not the first action is dispositive of the action to be enjoined; (2) whether the foreign litigation would frustrate a policy of the forum issuing the injunction; and (3) whether the impact on comity would be tolerable." *Applied Med. Distrib. Corp. v. Surgical Co. BV*, 587 F.3d 909, 913 (9th Cir. 2009).  All three of these factors weigh strongly in favor of an anti-suit injunction here: (1) the parties to and issues presented in the Litigation and Arbitration as to Corey are identical in all material respects; (2) continuation of the Arbitration would frustrate the federal policy against duplicative and piecemeal litigation and potentially inconsistent rulings; and (3) an anti-suit injunction will have no impact on international comity.

This motion is based upon the Notice of Motion and Motion, and the Memorandum of Points and Authorities and Declaration of Marisa B. Miller filed concurrently herewith, and all pleadings, records, and documents filed herein, any

argument that may be given and/or requested at the hearing, any matter upon which judicial notice can be taken, and any and all other matters this Court deems necessary.

Dated:  May 28, 2020

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       */s/ John A. Yacovelle*
          JOHN A. YACOVELLE
          MARISA B. MILLER
          KRISTIN P. HOUSH
          JESSE SALEN

Attorneys for Defendants/Counter-Claimant
CALIFORNIA EXTRACTION
VENTURES, INC. AND STEPHEN COREY