SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JOHN A. YACOVELLE, Cal. Bar No. 131781
   jyacovelle@sheppardmullin.com
MARISA B. MILLER, Cal. Bar No. 270860
   mmiller@sheppardmullin.com
KRISTIN P. HOUSH, Cal. Bar No. 286651
   khoush@sheppardmullin.com
JESSE SALEN, Cal. Bar No. 292043
   jsalen@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone:   858.720.8900
Facsimile:   858.509.3691

Attorneys for Defendants/Counter-Claimant
CALIFORNIA EXTRACTION
VENTURES, INC.; STEPHEN COREY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC., | Case No. 3:19-CV-01859-CAB-WVG |
| Plaintiff, | **DEFENDANTS CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY'S REQUEST FOR ORAL ARGUMENT ON THEIR MOTION FOR ANTI-SUIT INJUNCTION TO ENJOIN ARBITRATION** |
| v. | |
| CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY, | |
| Defendants. | Date:    July 2, 2020 |
| | Ctrm.:   4C (4th Floor) |
| | The Hon. Cathy Ann Bencivengo |
| CALIFORNIA EXTRACTION VENTURES, INC., | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |
| Counter-Claimant, | |
| v. | Complaint Filed:   September 26, 2019 |
| JAVO BEVERAGE CO., INC., | Trial Date:          TBD |
| Counterclaim-Defendant. | |

1  **DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON THEIR**
2  **MOTION FOR ANTI-SUIT INJUNCTION TO ENJOIN ARBITRATION**
3      To the extent the Court has questions regarding Defendants' Motion for Anti-
4  Suit Injunction to Enjoin Arbitration, filed contemporaneously herewith, Defendants
5  respectfully request oral argument pursuant to Chambers Rule II(A) to address them.
6
7
8  Dated:  May 28, 2020
9                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
10
11                      By
12                                      */s/ John A. Yacovelle*
                                    JOHN A. YACOVELLE
13                                      MARISA B. MILLER
14                                      KRISTIN P. HOUSH
15
16                                      Attorneys for Defendants
                                    CALIFORNIA EXTRACTION
17                                      VENTURES, INC. AND STEPHEN COREY
18
19
20
21
22
23
24
25
26
27
28