SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN A. YACOVELLE, Cal. Bar No. 131781
jyacovelle@sheppardmullin.com
MARISA B. MILLER, Cal. Bar No. 270860
mmiller@sheppardmullin.com
KRISTIN P. HOUSH, Cal. Bar No. 286651
khoush@sheppardmullin.com
JESSE SALEN, Cal. Bar No. 292043
jsalen@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for California Extraction
Ventures, Inc. and Stephen Corey

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC., | Case No. 3:19-CV-01859-CAB-WVG |
| Plaintiff, | **JOINT CLAIM CONSTRUCTION HEARING STATEMENT PURSUANT TO PATENT L.R. 4.2** |
| v. | |
| CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY, | The Hon. Cathy Ann Bencivengo |
| Defendants. | |
| CALIFORNIA EXTRACTION VENTURES, INC., | |
| Counter-Claimant, | |
| v. | |
| JAVO BEVERAGE CO., INC., | |
| Counterclaim-Defendant. | |

Pursuant to this Court's Patent L.R. 4.2 and to the Case Management Order (Dkt. 65), Plaintiff and Counterclaim-Defendant Javo Beverage Co., Inc. ("Javo") and Defendant and Counter-Claimant California Extraction Ventures, Inc. ("CEV") hereby provide their Joint Claim Construction Hearing Statement, Joint Claim Construction Chart, and Joint Claim Construction Worksheet regarding constructions of claim terms, phrases, and/or clauses for U.S. Patent Nos. 10,207,200 ("the '200 Patent") and 10,293,275 ("the '275 Patent") (collectively, the "Asserted Patents").

Based on the parties' Patent L.R. 4.1 disclosures, and Patent L.R. 4.2 meet-and-confers, the parties do not believe there are any disputed terms or phrases requiring construction by the Court at this time. The parties have identified three claim terms for which constructions have been agreed to by the parties. Such constructions are provided in the attached Joint Claim Construction Chart, and their adoption by the Court is respectfully requested.

Although no claim construction disputes have been identified for the Court herein, in its Patent L.R. 4.1 disclosures, Javo has identified certain terms and phrases that it believes are indefinite. CEV disputes that any of the terms and/or phrases Javo identified are indefinite, and believes any such terms and/or phrases have a plain and ordinary meaning to a person of skill in the art. Based on the parties' understanding that indefiniteness issues do not need to be addressed at this time, the parties have not identified any such terms and/or phrases for the Court's construction. Instead, the parties agree that any indefiniteness issues are likely to be narrowed through fact and expert discovery, and will become more focused before presentation to the Court at a later date.

## I.     Terms/Phrases Most Significant to Resolution of Case

The parties do not currently have any claim construction disputes.

## II. Anticipated Length of Time Necessary for Claim Construction Hearing

Given that the parties do not currently have any claim construction disputes, the parties do not believe a Claim Construction hearing is necessary.

## III. Testifying Witnesses

See Section II, above.

## IV. Order of Presentation at Claim Construction Hearing

See Section II, above.

## V. Joint Claim Construction Chart and Joint Claim Construction Worksheet

A Joint Claim Construction Chart is attached to this Statement as **Exhibit A**. A Joint Claim Construction Worksheet for the terms with agreed constructions, is attached to this Statement as **Exhibit B**.

Dated:  June 5, 2020

COOLEY LLP

By     */s/ Steven M. Strauss*
STEVEN M. STRAUSS
JEFFREY S. KARR
EAMONN J. GARDNER
ERIN C. TRENDA
ALEXANDER R. MILLER
JOANNA L. HUBBERTS

Attorneys for Plaintiff and Counterclaim-Defendant JAVO BEVERAGE CO., INC.

1 | Dated: June 5, 2020

2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ John A. Yacovelle*
JOHN A. YACOVELLE
MARISA B. MILLER
KRISTIN P. HOUSH
JESSE A. SALEN

Attorneys for Defendant and Counter-Claimant
CALIFORNIA EXTRACTION VENTURES, INC. and Defendant STEPHEN COREY

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiff and Counterclaim-Defendant Javo Beverage Co., Inc., and that I have obtained counsel Steven M. Strauss' authorization to affix his electronic signature to this document.

# EXHIBIT A

# EXHIBIT A

Exhibit A, page 4

# EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART PURSUANT TO PATENT L.R. 4.2(C)

The parties have not identified any claim construction disputes.

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B: JOINT CLAIM CONSTRUCTION WORKSHEET PURSUANT TO PATENT L.R. 4.2(C)

## I.   U.S. Patent No. 10,293,275

| Patent Claim (Terms for Construction in Bold) | Agreed Proposed Construction | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| 1. A method, comprising: **grounding** a raw material into a plurality of particles comprising a range of pre-selected particle sizes; wherein the range of pre-selected particle sizes are selected such that the particles form an interlocking network as the particles nest against each other, thereby decreasing an interstitial spacing within a matrix of the raw materials within an extraction vessel; packing the ground raw materials into the extraction vessel; and distributing a flow of pressurized solvent at a base of the extraction vessel to extract the ground raw materials.<br><br>* This term is also recited by claims 8, 9, and 10. | grinding | | | |
| 1. A method, comprising: | any organic substance (including | | | |

| | | | | |
|---|---|---|---|---|
| grounding a **raw material** into a plurality of particles comprising a range of pre-selected particle sizes; wherein the range of pre-selected particle sizes are selected such that the particles form an interlocking network as the particles nest against each other, thereby decreasing an interstitial spacing within a matrix of the raw materials within an extraction vessel; packing the ground raw materials into the extraction vessel; and distributing a flow of pressurized solvent at a base of the extraction vessel to extract the ground raw materials.<br><br>* This term is also recited by claims 8, 9, and 10. | coffee, tea, botanical herbs, spices, cocoa, fruits, and nutraceuticals) | | | |

## II. U.S. Patent No. 10,207,200

| Patent Claim (Terms for Construction in Bold) | Agreed Proposed Construction | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| 5. A method of extracting a compound from an **extractable material** using an extraction column comprising: packing the extraction column with said extractable materials; directing a flow of pressurized solvent into a base of the extraction column; compressing the extractable materials via hydraulic compression from energy created and stored within the extraction column; wherein increasing the temperature of the flow of pressurized solvent occurs from a sudden release of thermal energy when the pressurized solvent drives deeply into a bed of packed extractable materials; increasing a temperature of the flow of pressurized solvent to manipulate a flavor profile of an effluent | any organic substance (including coffee, tea, botanical herbs, spices, cocoa, fruits, and nutraceuticals) | | | |

| | | | | |
|---|---|---|---|---|
| extracted from the extractable materials; and<br>wherein the increase in temperature of the flow of pressurized solvent is centralized at a dividing line between a leading edge of pressurized solvent rising up the extraction column and the bed of packed extractable materials. | | | | |