# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Case Name: | **Javo Beverage Co., Inc. v. California Extraction Ventures, Inc. et al.** | Case Number: | **19-cv-1859-CAB-WVG** |
|---|---|---|---|

| Hon. Cathy Ann Bencivengo | Ct. Deputy Lori Hernandez | Rptr Tape: N/A |
|---|---|---|

The Court will hold a telephonic hearing on Javo's motion to stay pending arbitration [Doc. No. 79] and Defendants' motion for an anti-suit injunction [Doc. No. 80] on **July 6, 2020 at 10:00 a.m.** The dial-in number is (888) 398-2342, and the access code is 1749358. Accordingly, Defendants' request for oral argument [Doc. No. 81] is **GRANTED**.
It is **SO ORDERED**.

Date: June 30, 2020                                                                                     Initials: ZZ