UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>                                   Plaintiff,<br>v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>                                  Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 19-CV-1859-CAB-WVG<br><br>**ORDER GRANTING IN PART MOTION TO STAY PENDING ARBITRATION AND DENYING MOTION FOR ANTI-SUIT INJUNCTION**<br><br>[Doc. Nos. 79, 80.] |

The Court held a telephonic hearing on Javo's motion to stay pending arbitration and Defendants' motion for an anti-suit injunction on July 6, 2020. Erin Trenda, Esq. and Jeffrey Karr, Esq. appeared on behalf of Javo and Marissa Miller, Esq. and John Yacovelle, Esq. appeared on behalf of Defendants. Upon consideration of the parties' motions and argument, and for the reasons set forth at the hearing, the Court **GRANTS in part** Javo's motion to stay and **DENIES** Defendants' motion for an anti-suit injunction. Accordingly, this case is **STAYED** in its entirety without prejudice pending arbitration, except for any request for assistance with discovery before Magistrate Judge Gallo. The parties are instructed to file a joint status report by **September 4, 2020**, on the status of the arbitration.

It is **SO ORDERED**.

Dated: July 6, 2020

                                                                    Hon. Cathy Ann Bencivengo
                                                                    United States District Judge