AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| CALIFORNIA EXTRACTION VENTURES, INC. ) | |
| AND STEPHEN COREY ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STEPHEN COREY                                                                                                       .

Date:   July 22, 2020

/s/ Jeffrey M. Blank
*Attorney's signature*

Jeffrey M. Blank, Cal. Bar No. 217522
*Printed name and bar number*

Garcia Rainey Blank & Bowerbank LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-1925
*Address*

jblank@garciarainey.com
*E-mail address*

(714) 382-7003
*Telephone number*

(714) 784-0031
*FAX number*