# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVO BEVERAGE CO., INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STEPHEN COREY.

Date: July 22, 2020

/s/ Maya J. S. Kapadia
*Attorney's signature*

Maya J. S. Kapadia, Cal. Bar No. 288814
*Printed name and bar number*

Garcia Rainey Blank & Bowerbank LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 62626-1925
*Address*

mjskapadia@garciarainey.com
*E-mail address*

(858) 382-6100
*Telephone number*

(714) 784-0031
*FAX number*