UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC., <br><br>                              Plaintiff, <br><br> v. <br><br> CALIFORNIA EXTRACTION VENTURES, INC.; and STEPHEN COREY, <br><br>                              Defendants. | Case No.:  19-CV-1859-CAB-WVG <br><br> **ORDER ON JOINT MOTION FOR ENTRY OF FIRST AMENDMENT TO STIPULATED PROTECTIVE ORDER** |

On August 10, 2020, the Parties filed a Joint Motion for Entry of First Amendment to Stipulated Protective Order. (Doc. No. 106.) In relevant part, the Parties seek to amend the operative May 7, 2020 Protective Order (Doc. No. 76) by supplementing the Protective Order with two paragraphs, allowing for Defendant Stephen Corey's additional counsel and counsel for Corey's insurance counsel to view Attorneys' Eyes Only and Confidential designated materials throughout this litigation. (*Id.*) Given the Parties stipulation, the Court GRANTS the Parties' request for entry of this first amendment to the operative Protective Order and makes enforceable upon issuance of this Order the language as reflected in Exhibit A supporting the Joint Motion. In doing so, the Court reminds the Parties of their obligation to comply with all applicable rules, including Civil Chambers Rule V and Civil

Local Rule 7.2(c). The Rules require the Parties to lodge a proposed order in connection with any joint motion filing, which the Parties failed to do here.

**IT IS SO ORDERED.**

Dated: August 13, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge