**COOLEY LLP**
STEVEN M. STRAUSS (99153)
(sms@cooley.com)
ERIN C. TRENDA (277155)
(etrenda@cooley.com)
ALEXANDER R. MILLER (294474)
(amiller@cooley.com)
JOANNA L. HUBBERTS (294230)
(jhubberts@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

JEFFREY KARR (186372)
(jkarr@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

EAMMON GARDNER (310834)
(egardner@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Plaintiff and
Counterclaim-Defendant
JAVO BEVERAGE CO., INC.

*Counsel continued on next page*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>  Defendants.<br><br>CALIFORNIA EXTRACTION VENTURES, INC.,<br><br>  Counter-Claimant,<br><br>  v.<br><br>JAVO BEVERAGE CO., INC.,<br><br>  Counterclaim-Defendant. | Case No. 19-cv-01859 CAB WVG<br><br>**JOINT STATUS REPORT**<br><br>The Hon. Cathy Ann Bencivengo<br><br>Complaint Filed: September 26, 2019<br>Trial Date: TBD |

| | |
|---|---|
| 1 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 2 | A Limited Liability Partnership<br>Including Professional Corporations |
|   | JOHN A. YACOVELLE, Cal. Bar No. 131781 |
| 3 | (jyacovelle@sheppardmullin.com) |
|   | MARISA B. MILLER, Cal. Bar No. 270860 |
| 4 | (mmiller@sheppardmullin.com) |
|   | KRISTIN P. HOUSH, Cal. Bar No. 286651 |
| 5 | (khoush@sheppardmullin.com) |
|   | JESSE SALEN, Cal. Bar No. 292043 |
| 6 | (jsalen@sheppardmullin.com) |
|   | KEVIN K. CHANG, Cal. Bar No. 300371 |
| 7 | (kchang@sheppardmullin.com) |
|   | 12275 El Camino Real, Suite 200 |
| 8 | San Diego, California 92130-4092 |
|   | Telephone:  (858) 720-8900 |
| 9 | Facsimile:   (858) 509-3691 |
| 10 | Attorneys for Defendants/Counter-Claimant |
|    | CALIFORNIA EXTRACTION VENTURES, INC.; |
| 11 | STEPHEN COREY |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to the Court's Order staying this action pending arbitration (Doc. No. 92), Plaintiff and Counterclaim-Defendant Javo Beverage Co., Inc. ("Javo"), Defendant and Counter-Claimant California Extraction Ventures, Inc. ("CEV"), and Defendant Stephen Corey ("Corey") by and through their respective counsel, respectfully submit this joint status report on the pending arbitration captioned *Javo Beverage Co., Inc. v. Stephen Corey*, AAA Case No. 01-19-0003-2445 (the "Arbitration").

In the Arbitration, Javo and Corey are currently engaging in fact discovery. In addition to party discovery, non-party discovery has been sought and is being provided by CEV, Javo's investment banker Houlihan Lokey, and other third parties. The close of fact discovery is October 16, 2020, and the close of expert discovery is November 6, 2020. The pre-hearing conference is set for December 1, 2020, and the arbitration hearing is scheduled to take place from December 7 through December 11, 2020. The parties do not contemplate any change in the schedule at this time.

Dated:	September 4, 2020	COOLEY LLP

By: */s/ Steven M. Strauss*
Steven M. Strauss

Attorneys for Plaintiff and Counterclaim-Defendant JAVO BEVERAGE CO., INC.

Dated:	September 4, 2020	SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ John A. Yacovelle*
John A. Yacovelle

Attorneys for Defendants/Counter-Claimant CALIFORNIA EXTRACTION VENTURES, INC. and STEPHEN COREY

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and Counter-Claimant California Extraction Ventures, Inc. and Defendant Stephen Corey, and that I have obtained counsel John Yacovelle's authorization to affix his electronic signature to this document.

By: */s/ Steven M. Strauss*
Steven M. Strauss