**COOLEY LLP**
STEVEN M. STRAUSS (99153)
(sms@cooley.com)
ERIN C. TRENDA (277155)
(etrenda@cooley.com)
ALEXANDER R. MILLER (294474)
(amiller@cooley.com)
JOANNA L. HUBBERTS (294230)
(jhubberts@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

JEFFREY KARR (186372)
(jkarr@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

EAMMON GARDNER (310834)
(egardner@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Plaintiff and
Counterclaim-Defendant
JAVO BEVERAGE CO., INC.

*Counsel continued on next page*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>    Defendants.<br><br>CALIFORNIA EXTRACTION VENTURES, INC.,<br><br>    Counter-Claimant,<br><br>    v.<br><br>JAVO BEVERAGE CO., INC.,<br><br>    Counterclaim-Defendant. | Case No. 19-cv-01859 CAB WVG<br><br>**SECOND JOINT STATUS REPORT**<br><br>The Hon. Cathy Ann Bencivengo<br><br>Complaint Filed:   September 26, 2019<br>Trial Date:             TBD |

1  **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
   A Limited Liability Partnership
2  Including Professional Corporations
   JOHN A. YACOVELLE, Cal. Bar No. 131781
3  (jyacovelle@sheppardmullin.com)
   MARISA B. MILLER, Cal. Bar No. 270860
4  (mmiller@sheppardmullin.com)
   KRISTIN P. HOUSH, Cal. Bar No. 286651
5  (khoush@sheppardmullin.com)
   JESSE SALEN, Cal. Bar No. 292043
6  (jsalen@sheppardmullin.com)
   KEVIN K. CHANG, Cal. Bar No. 300371
7  (kchang@sheppardmullin.com)
   12275 El Camino Real, Suite 200
8  San Diego, California 92130-4092
   Telephone:  (858) 720-8900
9  Facsimile:   (858) 509-3691

10 Attorneys for Defendants/Counter-Claimant
   CALIFORNIA EXTRACTION VENTURES, INC.;
11 STEPHEN COREY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND JOINT STATUS REPORT
CASE NO. 19-CV-1859 CAB WVG

Pursuant to the Court's Order staying this action pending arbitration (Doc. No. 92), and the Court's minute order dated September 8, 2020 (Doc. No. 109), Plaintiff and Counterclaim-Defendant Javo Beverage Co., Inc. ("Javo"), Defendant and Counter-Claimant California Extraction Ventures, Inc. ("CEV"), and Defendant Stephen Corey ("Corey") by and through their respective counsel, respectfully submit this joint status report on the pending arbitration captioned *Javo Beverage Co., Inc. v. Stephen Corey*, AAA Case No. 01-19-0003-2445 (the "Arbitration").

Since the last status update on September 4, 2020, Javo and Corey have completed fact and expert discovery in the Arbitration, and the pre-hearing conference with the Arbitrator was held on December 1, 2020, in advance of the arbitration hearing set for December 7 – 11, 2020.

On December 3, 2020, the California Department of Public Health issued a Regional Stay at Home Order related to the increase in COVID-19 cases, hospitalizations, and test positivity rates across California, closing non-essential offices and prohibiting all gatherings of non-household members in any region for which the adult ICU bed capacity is identified as being less than 15%.

In light of the Regional Stay at Home Order, Javo requested, and Corey agreed, that a continuance of the December 7 – 11, 2020 Arbitration hearing dates was necessary. The Arbitrator granted the parties' joint request to continue the Arbitration hearing, and vacated the hearing date set for December 7 – 11, 2020. Due to the Arbitrator's schedule and party availability, the Arbitration hearing has now been reset for April 26 – 30, 2021, with post-hearing briefs due May 14, 2021.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| Dated: | December 18, 2020 | COOLEY LLP |
| | | By: */s/ Steven M. Strauss* |
| | | Steven M. Strauss |
| | | Attorneys for Plaintiff and Counterclaim-Defendant JAVO BEVERAGE CO., INC. |
| Dated: | December 18, 2020 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | | By: */s/ John A. Yacovelle* |
| | | John A. Yacovelle |
| | | Attorneys for Defendants/Counter-Claimant CALIFORNIA EXTRACTION VENTURES, INC. and STEPHEN COREY |

2.    SECOND JOINT STATUS REPORT
CASE NO. 19-CV-1859 CAB WVG

# CERTIFICATION REGARDING ELECTRONIC SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and Counter-Claimant California Extraction Ventures, Inc. and Defendant Stephen Corey, and that I have obtained counsel John Yacovelle's authorization to affix his electronic signature to this document.

Dated: December 18, 2020            By: */s/ Steven M. Strauss*
                                         Steven M. Strauss

240217509