# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Javo Beverage Co., Inc. v. California Extraction Ventures, Inc. et al.**    Case Number: **19-cv-1859-CAB-WVG**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape:  N/A

In light of the parties' joint status report [Doc. No. 110], upon the conclusion of the arbitration hearing, the parties are hereby instructed to file a joint status report on or before **June 1, 2021**.

Date:  December 18, 2020                                                                                                       Initials:  AJM