1  **COOLEY LLP**
   STEVEN M. STRAUSS (99153)
2  (sms@cooley.com)
   ERIN C. TRENDA (277155)
3  (etrenda@cooley.com)
   ALEXANDER R. MILLER (294474)
4  (amiller@cooley.com)
   JOANNA L. HUBBERTS (294230)
5  (jhubberts@cooley.com)
   4401 Eastgate Mall
6  San Diego, CA 92121
   Telephone: (858) 550-6000
7  Facsimile:  (858) 550-6420

JEFFREY KARR (186372)
(jkarr@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

EAMMON GARDNER (310834)
(egardner@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

8  Attorneys for Plaintiff and
   Counterclaim-Defendant
9  JAVO BEVERAGE CO., INC.

10 *Counsel continued on next page*

12             **UNITED STATES DISTRICT COURT**

13             **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVO BEVERAGE CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY, <br><br> Defendants. | Case No. 19-cv-01859 CAB WVG <br><br> **THIRD JOINT STATUS REPORT** <br><br> The Hon. Cathy Ann Bencivengo <br><br> Complaint Filed: September 26, 2019 <br> Trial Date: TBD |
| CALIFORNIA EXTRACTION VENTURES, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> JAVO BEVERAGE CO., INC., <br><br> Counterclaim-Defendant. | |

1  **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
   A Limited Liability Partnership
2  Including Professional Corporations
   JOHN A. YACOVELLE, Cal. Bar No. 131781
3  (jyacovelle@sheppardmullin.com)
   MARISA B. MILLER, Cal. Bar No. 270860
4  (mmiller@sheppardmullin.com)
   KRISTIN P. HOUSH, Cal. Bar No. 286651
5  (khoush@sheppardmullin.com)
   JESSE SALEN, Cal. Bar No. 292043
6  (jsalen@sheppardmullin.com)
   KEVIN K. CHANG, Cal. Bar No. 300371
7  (kchang@sheppardmullin.com)
   12275 El Camino Real, Suite 200
8  San Diego, California 92130-4092
   Telephone:   (858) 720-8900
9  Facsimile:   (858) 509-3691

10 Attorneys for Defendants/Counter-Claimant
   CALIFORNIA EXTRACTION VENTURES, INC.;
11 STEPHEN COREY

Pursuant to the Court's Order staying this action pending arbitration (Doc. No. 92), and the Court's minute order dated December 18, 2020 (Doc. No. 111), Plaintiff and Counterclaim-Defendant Javo Beverage Co., Inc. ("Javo"), Defendant and Counter-Claimant California Extraction Ventures, Inc. ("CEV"), and Defendant Stephen Corey ("Corey") by and through their respective counsel, respectfully submit this joint status report on the pending arbitration captioned *Javo Beverage Co., Inc. v. Stephen Corey*, AAA Case No. 01-19-0003-2445 (the "Arbitration").

Since the last status update on December 18, 2020, Javo and Corey completed the Arbitration hearing held on April 26 – 30, 2021, and submitted their post-hearing briefs on May 14, 2021. The matter is now under submission. At the Arbitrator's request, the parties have agreed to an extension of the ordinary 30-day deadline for a written award. The parties will provide a further update to the Court when that written award is received.

Dated: June 1, 2021        COOLEY LLP

By: */s/ Steven M. Strauss*
    Steven M. Strauss

Attorneys for Plaintiff and Counterclaim-Defendant JAVO BEVERAGE CO., INC.

Dated: June 1, 2021        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ John A. Yacovelle*
    John A. Yacovelle

Attorneys for Defendants/Counter-Claimant CALIFORNIA EXTRACTION VENTURES, INC. and STEPHEN COREY

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and Counter-Claimant California Extraction Ventures, Inc. and Defendant Stephen Corey, and that I have obtained counsel John Yacovelle's authorization to affix his electronic signature to this document.

Dated:   June 1, 2021            By: */s/ Steven M. Strauss*
                                      Steven M. Strauss

251193794