UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 19-CV-1859-CAB-WVG <br><br> **ORDER SETTING DEADLINE FOR OPPOSITION TO MOTIONS TO WITHDRAW** <br><br> [Doc. Nos. 118, 119] |

The Court is in receipt of motions to withdraw filed by counsel for Defendants California Extraction Ventures, Inc. ("CEV") and Stephen Corey. It is hereby **ORDERED** that the hearing dates for briefing purposes set forth in the motions are **VACATED**. Any oppositions to the motions shall be filed by **October 25, 2021**. If no oppositions are filed, the motions will be granted and Defendants will have until **November 12, 2021** to obtain replacement counsel. If no replacement counsel makes an appearance on behalf of CEV by November 12, 2021, CEV will be found in default because corporations may not appear in Court without counsel. CivLR 83.3(j). Counsel for Defendants are **ORDERED** to provide a copy of this order to Defendants by **October 14, 2021** and to file a notice certifying that they have done so.

It is **SO ORDERED**.

Dated: October 12, 2021

Hon. Cathy Ann Bencivengo
United States District Judge