| | |
|---|---|
| **COOLEY LLP**<br>STEVEN M. STRAUSS (99153)<br>(sms@cooley.com)<br>ERIN C. TRENDA (277155)<br>(etrenda@cooley.com)<br>ALEXANDER R. MILLER (294474)<br>(amiller@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile:  (858) 550-6420 | JEFFREY KARR (186372)<br>(jkarr@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |

Attorneys for Plaintiff and
Counterclaim-Defendant
JAVO BEVERAGE CO., INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY,<br><br>    Defendants.<br><br>---<br><br>CALIFORNIA EXTRACTION VENTURES, INC.,<br><br>    Counter-Claimant,<br><br>    v.<br><br>JAVO BEVERAGE CO., INC.,<br><br>    Counterclaim-Defendant. | Case No. 19-cv-01859 CAB WVG<br><br>**JAVO BEVERAGE CO., INC.'S NOTICE OF NON-OPPOSITION TO MOTIONS TO WITHDRAW FILED BY SHEPPARD, MULLIN, RICHTER & HAMPTON LLP AND GARCIA RAINEY BLANK & BOWERBANK LLP**<br><br>The Hon. Cathy Ann Bencivengo<br><br>Complaint Filed:  September 26, 2019<br>Trial Date:          TBD |

1    Plaintiff and Counterclaim-Defendant Javo Beverage Co., Inc. ("Javo")
2 respectfully submits this notice in response to the motions to withdraw filed by
3 Defendants' counsel at Sheppard, Mullin, Richter & Hampton LLP and at Garcia
4 Rainey Blank & Bowerbank LLP at Doc. Nos. 118 and 119 (together, the "Motions to
5 Withdraw"). Given the deadlines in the Court's Order dated October 12, 2021 (Doc.
6 No. 120), which will prevent any unnecessary delay, Javo does not object to the
7 Motions to Withdraw.

Dated:    October 25, 2021           COOLEY LLP

By:  /s/ Steven M. Strauss
       Steven M. Strauss

Attorneys for Plaintiff and Counterclaim-Defendant JAVO BEVERAGE CO., INC.

258524111