UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 19-CV-1859-CAB-WVG <br><br> **ORDER GRANTING MOTIONS TO WITHDRAW** <br><br> [Doc. Nos. 118, 119] |

In light of the lack of opposition to the motions to withdraw filed by counsel for Defendants California Extraction Ventures, Inc. ("CEV") and Stephen Corey, and good cause appearing, it is hereby **ORDERED** that the motions are **GRANTED**. Defendants have until **November 12, 2021** to obtain replacement counsel. If no replacement counsel makes an appearance on behalf of CEV by November 12, 2021, CEV will be found in default because corporations may not appear in Court without counsel. CivLR 83.3(j). If no replacement counsel makes an appearance on behalf of Mr. Corey, Mr. Corey must notice his appearance pro se and provide his contact information for service of filings in this case. Defense counsel are **ORDERED** to provide a copy of this order to Defendants by **November 1, 2021** and to file a notice certifying that they have done so.

It is **SO ORDERED**.

Dated: October 28, 2021

Hon. Cathy Ann Bencivengo
United States District Judge

1

19-CV-1859-CAB-WVG