| | |
|---|---|
| 1 | GARCIA RAINEY BLANK & BOWERBANK LLP |
|   | A Limited Liability Partnership |
| 2 | JOHN E. BOWERBANK, Cal. Bar No. 211566 |
|   | jbowerbank@garciarainey.com |
| 3 | JEFFREY M. BLANK, Cal. Bar No. |
|   | jblank@garciarainey.com |
| 4 | MAYA KAPADIA, Cal. Bar No. |
|   | mjskapadia@garciarainey.com |
| 5 | 695 Town Center Drive, Suite 700 |
|   | Costa Mesa, California 92626-1993 |
| 6 | Telephone:   714.382.7000 |
|   | Facsimile:    714.784.0031 |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVO BEVERAGE CO., INC., | Case No. 3:19-cv-01859-CAB-WVG |
| Plaintiff, | **CERTIFICATE OF SERVICE RE: ORDER GRANTING MOTIONS TO WITHDRAW** |
| v. | |
| CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY, | The Hon. Cathy Ann Bencivengo |
| Defendants. | Complaint Filed: September 26, 2019 |
|   | Trial Date: None |
| CALIFORNIA EXTRACTION VENTURES, INC., | |
| Counter-Claimant, | |
| v. | |
| JAVO BEVERAGE CO., INC., | |
| Counterclaim-Defendant. | |

-1-
CERTIFICATE OF SERVICE RE: ORDER GRANTING MOTIONS TO WITHDRAW

**PROOF OF SERVICE**

I, Hugo A. Lopez, state:

I am employed in the County of Orange, State of California. My business address is 695 Town Center Drive, Suite 700, Costa Mesa, CA 92626. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served true copies of the foregoing document(s) described as **ORDER GRANTING MOTIONS TO WITHDRAW** on the interested parties listed below:

Stephen Corey
8866 Cliffridge Avenue
La Jolla, CA  92037
Email: stephen@cevingredients.com

X   BY ELECTRONIC MAIL:  Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on October 29, 2021 at Dallas, Texas.

_____
Hugo A. Lopez

-1-
PROOF OF SERVICE RE MOTION TO WITHDRAW AS COUNSEL