UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVO BEVERAGE CO., INC., <br><br>  Plaintiff, <br><br> v. <br><br> CALIFORNIA EXTRACTION VENTURES, INC. AND STEPHEN COREY, <br><br>  Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 19-CV-1859-CAB-WVG <br><br> **ORDER TO PROVIDE STATUS REPORT** |

The parties are hereby **ORDERED** to provide a joint report to the Court, on or before **January 7, 2022**, detailing what remains to be done on this case in light of the final arbitration award.

It is **SO ORDERED**.

Dated: December 8, 2021

Hon. Cathy Ann Bencivengo
United States District Judge